# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5101**                    **September Term, 2023**

**1:21-cv-00119-RDM**

**Filed On: April 23, 2024** [2050887]

Center for Biological Diversity, et al.,

        Appellees

    v.

Michael S. Regan, in his official capacity as
Administrator for the U.S. Environmental
Protection Agency, et al.,

        Appellees

State of Florida and Florida Department of
Environmental Protection,

        Appellants

Tarpon Blue Silver King I, LLC, doing
business as Collier Enterprises, Ltd.,

        Appellee

## O R D E R

      The notice of appeal was filed on April 15, 2024, and docketed in this court on April 22, 2024. It is, on the court's own motion,

      **ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 23, 2024 |
| Docketing Statement Form | May 23, 2024 |
| Entry of Appearance Form | May 23, 2024 |
| Procedural Motions, if any | May 23, 2024 |
| Statement of Intent to Utilize Deferred | May 23, 2024 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5101**　　　　　　　　　　　　　　　**September Term, 2023**

| | |
|---|---|
| Joint Appendix | |
| Statement of Issues to be Raised | May 23, 2024 |
| Transcript Status Report | May 23, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | May 23, 2024 |
| Dispositive Motions, if any | June 7, 2024 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 23, 2024 |
| Entry of Appearance Form | May 23, 2024 |
| Procedural Motions, if any | May 23, 2024 |
| Dispositive Motions, if any | June 7, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Emily K. Campbell
      Deputy Clerk

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5101**                                    **September Term, 2023**


The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases