# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Center for Biological Diversity, et al.

v.

Michael Regan, et al.

**Case No:** 24-5101

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Florida

Florida Department of Environmental Protection

### Counsel Information

**Lead Counsel:** Aaron M. Streett

**Direct Phone:** (713) 229-1855  **Fax:** (713) 229-7855  **Email:** aaron.streett@bakerbotts.com

**2nd Counsel:** Jeffrey H. Wood

**Direct Phone:** (202) 639-7700  **Fax:** (202) 508-9337  **Email:** jeff.wood@bakerbotts.com

**3rd Counsel:** Anthony J. Lucisano

**Direct Phone:** (713) 632-5953  **Fax:** (713) 229-7857  **Email:** anthony.lucisano@bakerbotts.com

**Firm Name:** Baker Botts L.L.P.

**Firm Address:** 700 K Street, N.W., Washington, D.C. 20001-5692

**Firm Phone:** (202) 639-7700  **Fax:** (202) 639-7890  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)