# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Center for Biological Diversity, et al.

v.

Michael Regan, et al.

**Case No:** 24-5101

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Center for Biological Diversity | Miami Waterkeeper |
| Sierra Club | St. Johns Riverkeeper |
| Conservancy of Southwest Florida | Florida Wildlife Federation |
| Defenders of Wildlife | |

### Counsel Information

**Lead Counsel:** Tania Galloni

**Direct Phone:** (305) 440-5434  **Fax:** (850) 681-0020  **Email:** tgalloni@earthjustice.org

**2nd Counsel:** Christina Reichert

**Direct Phone:** (305) 440-5437  **Fax:** (850) 681-0020  **Email:** creichert@earthjustice.org

**3rd Counsel:** Bonnie Malloy

**Direct Phone:** (850) 681-0195  **Fax:** (850) 681-0020  **Email:** bmalloy@earthjustice.org

**Firm Name:** Earthjustice

**Firm Address:** 111 South Martin Luther King Jr. Blvd., Tallahassee, FL 32301

**Firm Phone:** (850) 681-0031  **Fax:** (850) 681-0020  **Email:** flcaseupdates@earthjustice.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)