NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 24-5101

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees*,

v.

MICHAEL REGAN, et al.,
*Defendants*,

and

STATE OF FLORIDA, et al.,
*Intervenors-Defendants-Appellants.*

Appeal from the United States District Court for the District of Columbia
No. 1:21-cv-00119 (Hon. Randolph D. Moss)

**NOTICE OF APPEARANCE**

Please enter the appearance of Rebecca Jaffe as counsel in the above-captioned case on behalf of Federal Defendants: Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency (EPA); Radhika Fox, in her official capacity as Assistant Administrator for the Office of Water of the EPA; Jeffrey Prieto, in his official capacity as General Counsel for the EPA; Lawrence Starfield, in his official capacity as Acting Assistant Administrator for the Office of Enforcement and Compliance Assurance for the EPA; John

Blevins, in his official capacity as Acting Administrator for Region 4 of the EPA; Leopoldo Miranda-Castro, in his official capacity as Regional Director for the U.S. Fish and Wildlife Service (FWS); Martha Williams, in her official capacity as Principal Deputy Director for the FWS; Scott Spellmon, in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; James Booth, in his official capacity as District Commander of the Jacksonville District for the Corps; EPA; Corps; and FWS.

Ms. Jaffe is registered to use the Court's ECF system and may be served electronically using that system. If necessary, notices, orders, or other papers may be sent to Ms. Jaffe at the following address:

> U.S. Department of Justice
> Environment and Natural Resources Division
> Appellate Section
> P.O. Box 7415
> Washington, D.C. 20044

Respectfully submitted,

/s/ *Rebecca Jaffe*
REBECCA JAFFE
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0258
rebecca.jaffe@usdoj.gov

April 29, 2024
DJ 90-5-1-4-21866

2