# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Center for Biological Diversity, et al.

**v.** Michael Regan, et al.

**Case No:** 24-5101

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ● Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises, Ltd.

### Counsel Information

**Lead Counsel:** Andrew J. Turner

**Direct Phone:** (202) 955-1658  **Fax:** (202) 828-3371  **Email:** aturner@HuntonAK.com

**2nd Counsel:**

**Direct Phone:** (   )    -    **Fax:** (   )    -   **Email:**

**3rd Counsel:**

**Direct Phone:** (   )    -    **Fax:** (   )    -   **Email:**

**Firm Name:** Hunton Andrews Kurth LLP

**Firm Address:** 2200 Pennsylvania Ave., N.W., Washington, DC 20037

**Firm Phone:** (202) 955-1500  **Fax:** (202) 778-2201  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)