No. 24-5101

# In the United States Court of Appeals for the District of Columbia Circuit

---

CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,

*Appellees*,

v.

MICHAEL S. REGAN,
IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

*Defendants*,

STATE OF FLORIDA AND
THE FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,

*Appellants.*

---

**AMICI CURIAE BRIEF OF
THE FLORIDA CHAMBER OF COMMERCE, ET AL.
IN SUPPORT OF FLORIDA'S MOTION FOR A STAY**

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA,
NO. 1:21-CV-119-RDM

---

| | |
|---|---|
| MOHAMMAD O. JAZIL | EDWARD M. WENGER |
| HOLTZMAN VOGEL BARAN | HOLTZMAN VOGEL BARAN |
| TORCHINSKY & JOSEFIAK PLLC | TORCHINSKY & JOSEFIAK PLLC |
| 119 S. Monroe Street, Suite 500 | 2300 N Street NW, Suite 643A |
| Tallahassee, FL 32301 | Washington, DC 20037 |
| (850) 270-5938 (phone) | (202) 737-8808 (phone) |
| (850) 741-1023 (facsimile) | (540) 341-8809 (facsimile) |

*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, amici provide as follows:

*Amici G.L. Homes of Florida Corporation*: The parent corporation of G.L. Homes of Florida Corporation is G.L. Homes of Florida Holding Corporation. No publicly held corporation owns 10% or more of the stock of such parent corporation.

*Amici Pulte Group*: The parent corporation of Pulte Group is PulteGroup, Inc. a Michigan corporation. Pulte Group, Inc., the ultimate parent of the amicus, is a public company listed on NYSE–PHM. Pulte Group, Inc. has have two institutions that own more than 10% of its stock (BlackRock and Vanguard).

*Amici Taylor Morrison Home Corporation*: is publicly held (TMHC). No publicly held corporation owns 10% or more of its stock.

All other amici curiae state that they are not publicly held corporations or other publicly held entities, and that they have no parent corporations. No publicly held corporation or other publicly held entity owns ten percent (10%) or more of any of these other amicus organizations.

*/s/ Edward M. Wenger*
EDWARD M. WENGER

Pursuant to Circuit Rule 29(b), Amici Curiae respectfully notify this Court of their intent to file an amicus brief in support of the motion for a stay filed by the State of Florida and the Florida Department of Environmental Protection. The undersigned counsel certifies that all parties in these proceedings have consented to the filing of this amicus brief. No party's counsel authored this brief.

Amici include:

**The Florida Chamber of Commerce:** The Chamber was founded in 1916. As an organization, the Chamber's mission has been to encourage a business-friendly climate to spur private-sector job creation and general economic growth, including through regulatory reform and streamlining of state and federal permitting requirements. The Chamber and its members reflect a cross-section of Florida. Members include businesses of every size from the large multinational companies to the family businesses. Members provide products and services for, among other things, the tourism industry, construction, agriculture, retail, manufacturing, conservation, and space exploration. The Chamber and its members remain committed to science-based policies for water, land use, energy, and growth that prioritize long-term sustainability over short-term gains. The Chamber and its members remain mindful that Florida is a rapidly growing State; over four million new residents are expected to move to Florida by 2030 with nearly two and a half million new drivers on Florida roads who will need nearly two million new jobs.

The Chamber therefore advocates for predictable, streamlined, and effective permitting that balances growth with the preservation of unique ecological treasures like the beaches and wetlands so vital to our economy. In helping Florida grow, Chamber members apply for and obtain Section 404 permits for a wide variety of projects such as community developments (homes, schools, hospitals), environmental restoration projects, and mining operations.

**The Association of Florida Community Developers, Inc.:** Founded in 1984, the AFCD is dedicated to advocating for policies that support high-quality community development across the State of Florida. The AFCD's mission is to provide a leadership role in the creation of quality community developments and the formulation of responsible approaches to the planning and development of Florida's future. Members of the AFCD advocate for an effective and efficient planning and policy framework to encourage and support economic development while retaining Florida's natural beauty (its beaches and wetlands, for example); this balance, the AFCD believes, helps draw tourists and new residents to Florida.

**The Mosaic Company:** A member of the Florida Chamber of Commerce, the Mosaic Company is the world's leading integrated producer of concentrated phosphate and potash, essential nutrients for fertilizer used throughout the world. Mosaic mines phosphate in Florida's Bone Valley, which contains the largest known deposits of phosphate in the United States. Mosaic's mining activities must comply

3

with various federal, state, and local regulations; permits under Sections 404 and 402 of the Clean Water Act are but two of the necessary authorizations needed for Mosaic to mine it in the region and produce agricultural nutrient products. Vacating the Section 404-permitting process in Florida creates needless uncertainty for Mosaic.

**The Florida Homebuilders Association:** A member of the Florida Chamber of Commerce, the Association represents the interests of Florida's homebuilding industry and, more specifically, its 8,145 members throughout the State. Given Florida's unique geography and topography, homebuilders throughout the State often must obtain permits under Section 404 of the Clean Water Act and the State's analogous permitting scheme under Chapter 373 of the Florida Statutes. Vacating the Section 404-permitting process in Florida would create needless uncertainty for the Association and its members as they continue to meet the needs of a growing State.

**The Florida Transportation Builders' Association:** The FTBA represents approximately 500 members in the transportation construction industry in Florida. FTBA membership engages in planning, design, construction, and maintenance of federal and state roadways amounting to 95 percent of all public infrastructure work in Florida. The Florida State Hispanic Chamber of Commerce: The Florida State Hispanic Chamber represents a diverse business community with millions of

fundamental Latino members as well as a cross section of business relationships in Florida.

**The Leading Builders of America:** LBA is a trade association representing 21 of the largest production home builders in the United States. LBA's members collectively build approximately 35 percent of all new homes in the nation at all price points ranging from $150,000 to over $1,000,000 per home. Their members have sold over 100,000 homes in the past two years that were financed through the FHA or the USDA Rural Housing programs. Approximately 75 percent of these were first-time buyers and more than half were sold to people of color.

**The Associated Industries of Florida:** The Associated Industries of Florida (AIF) is the voice of Florida business and represents the interests of a broad group of corporations, professional associations, partnerships, and proprietorships in all business sectors, including agricultural, industrial, manufacturing, power generation, home building, and county and municipal government. It has represented the interests of prosperity and free enterprise before the three branches of state government since 1920. A voluntary association of diversified businesses, AIF was created to foster an economic climate in Florida conducive to the growth, development, and welfare of industry and business and the people of the state.

**GL Homes:** GL Homes is one of Florida's largest homebuilders, developing master planned communities throughout the state. Almost 9,000 units in the

5

company's homebuilding pipeline are the subject of Section 404 permit applications currently pending with the Florida Department of Environmental Protection.

**Lennar Corporation**: Lennar Corporation is one of America's leading homebuilders. It builds new homes and communities in twenty-six states, and has built over one million homes since 1954. In Florida, Lennar is the largest homebuilder and builds homes that are designed for first-time homebuyers, move-ups, active adults, and luxury homebuyers. It caters to all lifestyles and family dynamics.

**PulteGroup, Inc.**: PulteGroup, Inc. builds homes in Florida through its wholly owned subsidiaries Pulte Home Company, Divosta Homes, L.P., and Centex Homes. In 2023, we delivered over 7,700 new homes in Florida from over two-hundred communities across the State.

**GreenPointe**: GreenPointe is a diversified real estate company and one of the largest privately held developers of residential and mixed-use communities in Florida. Founded in 2008, GreenPointe has extensive experience across multiple real estate sectors with demonstrated success in deal sourcing and structuring, due diligence, finance, entitlements, design, development, construction, project management, sales, marketing, and investor relations.

**Taylor Morrison**: Taylor Morrison is one of the nation's leading land developers and homebuilders, backed by a reputation as America's Most Trusted

Builder. Taylor Morrison builds communities across all of Florida, from Fort Myers to Orlando to Jacksonville.

Dated: May 2, 2024

Mohammad O. Jazil
(FBN 72556) (DC BN 90010692)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street
Suite 500
Tallahassee, Florida 32301
(850) 270-5938 (phone)
(850) 741-1023 (facsimile)
mjazil@holtzmanvogel.com

*Counsel for Amici Curiae*

Respectfully submitted,

*/s/ Edward M. Wenger*
Edward M. Wenger
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643A
Washington, DC 20037
(202) 737-8808 (phone)
(540) 341-8809 (facsimile)
emwenger@holtzmanvogel.com

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume and word-count limits of Federal Rule of Appellate Procedure 27(d) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 1,095 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Edward M. Wenger*
EDWARD M. WENGER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 2nd of May, 2024, a true copy of the foregoing Notice of Intent to File Amicus Brief was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by email a notice of docketing activity to the registered Attorney Filer on the attached electronic service list.

*/s/ Edward M. Wenger*
EDWARD M. WENGER