# EXHIBIT 9

Case 1:21-cv-00119-RDM   Document 160-1   Filed 02/04/24   Page 302 of 496
USCA Case #24-5101   Document #2053051   Filed: 05/06/2024   Page 2 of 2

*Florida Department of Environmental Protection*
*State 404 Program Annual Report, July 1, 2022 – June 30, 2023*

Form and Chapter 62-340, F.A.C., Data Form Guide. New employees will attend this training once within the first few months of hire and will subsequently attend District field trainings when available.

DEP will continue providing yearly district field training. Included in the training program is a virtual meeting held bi-weekly to present topics and provide a forum for discussion and exchange of information related to the State 404 Program. The forum will address hot topics and provide resources to assist staff and provide opportunities to share and disseminate information relevant to the State 404 Program. SLERC mentors will also continue to have regular meetings with Districts to assist with questions and provide assistance on projects.

## Other Information

In total, approximately three hundred fifty-five (355) positions support the State 404 Program in some capacity. A permitting team of one hundred nineteen (119) individuals processes and reviews applications; ninety (90) of these individuals spend the majority of each workday evaluating activities for the assumed program. The DEP State 404 Program Compliance and Enforcement team is comprised of fifty-eight (58) total individuals with forty-four (44) members whose primary job responsibilities support the State 404 Program. All compliance and enforcement staff are capable and dedicated to conducting inspections of suspected unauthorized activities; all suspected unauthorized activities are inspected. This provides a total of one hundred seventy-seven (177) positions directly involved in permitting and compliance and enforcement activities. Additional staff members provide a supporting role outside of permitting and compliance and enforcement activities. This includes clerical, training, guidance, and leadership personnel statewide who contribute to the continued implementation of the State 404 Program.

DEP continues to obtain new positions and hire new staff as quickly as possible to handle the workload. With the increase in total applications for this reporting period, the workload has increased for existing staff. The scope of this report includes activities through June 30, 2023; the 2022 legislature allocated an additional thirty-three (33) employees to the Department for implementation of the State 404 Program, effective as of July 1, 2022. DEP has filled twenty-nine (29) positions and continues working to fill the remaining four (4) positions. It is difficult to predict the change in workload going forward, as it depends on the number of permit applications received.

As of June 30, 2023, a total of 208 agency staff (including DEP, WMDs, and Hillsborough County EPC) have been certified as CWEs. Of this total, 32 CWEs are dually employed by the WMDs and DEP. All CWEs for DEP perform at least some additional duties. The number of CWEs continues to increase as more staff are hired and trained. Dual-employed CWEs conduct formal determinations utilizing Chapter 62-340, F.A.C., and complete the required data form. Only DEP CWEs process 404 applications and make WOTUS determinations.