# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

# DECLARATION OF MICHAEL MCGRATH

I, Michael McGrath, declare the following on the basis of personal knowledge to which I am competent to testify.

1.I submit this declaration in support of the Sierra Club in the above-captioned action as both a member and staff member of the Club. I joined and became a staff member of the Sierra Club in 2019.

2.The Sierra Club is a national non-profit grassroots environmental organization with more than 684,900 members across the United States dedicated to practicing and promoting the responsible use of the earth's ecosystems and resources; educating and enlisting humanity to protect and restore the quality of the natural and human environment; and using all lawful means to carry out these objectives. Sierra Club's Florida Chapter has 33,460 members. Sierra Club's interests encompass a wide range of environmental issues, including wildlife.

3.I earned a bachelor's degree in political science from Xavier University in 2018, with a minor in environmental studies. After graduation, I worked for regional land trust in Western Massachusetts, called the Mount Grace Land Conservation Trust. There, I helped facilitate a

regional conservation partnership known as the North Quabbin Regional Landscape Partnership, a coalition of land trusts, state agencies, municipal open space committee members, willing landowners, and concerned citizens. During my tenure with Mount Grace, I organized outreach events and educated landowners and municipalities on the legal and conservation tools at their disposal for preserving their land in perpetuity.

4.      In 2019, I moved to Florida. I lived in Fort Myers in Lee County until 2022. I now live in Saint Petersburg in Pinellas County, Florida.

5.      I still regularly visit Southwest Florida to see my family and friends, and to recreate on public lands there. I spend a considerable amount of time enjoying and trying to help protect the natural environment and wildlife in Southwest Florida. I believe our unique ecosystem and wildlife are vital to the communities here and for biodiversity in general.

6.      I was hired as an Organizing Representative with Sierra Club Florida in 2019 to help protect and conserve endangered species and the natural ecosystems that are unique to Southwest Florida.

7.      In 2021, I participated in the Florida Master Naturalist program focusing on freshwater systems and wetlands. My motivation for taking this course was to promote awareness, understanding, and respect for Florida's natural world–both for Florida's residents and visitors. Part of what makes these lands so special is the unique flora and fauna that can be found on these lands including both Florida panthers and crested caracara.

8.      In 2022, I was promoted to Lead Organizer with Sierra Club Florida.

9.      My work focuses on supporting and expanding our volunteer-based grassroots efforts to promote the protection of Florida's remaining wildlands and the restoration of the Greater Everglades ecosystem. I have been involved in efforts to protect the mosaic of private and

public lands that wildlife depend upon for their continued survival. For example, I led grassroots organizing and advocacy efforts to oppose the creation of three new toll roads extending 330 miles from the Panhandle to Collier County through rural and wild Florida. The proposed M-CORES toll roads would have permanently paved over valuable lands and infringed upon wildlife habitat that the endangered Florida panther, crested caracara, and other listed and non-listed species, rely upon for their continued survival.

10. Personally, I recreate in and enjoy using public lands and open spaces for hiking, camping, biking, landscape and wildlife photography, birding, running, and quiet contemplation. I have frequented a number of public lands and trails in Southwest Florida such as the CREW Land and Water Trust Lands, including CREW's Bird Rookery Swamp, Marsh Trails, Cypress Dome Trails, and Flint Pen Strands. I also enjoy utilizing trails on other nearby preserves such as Audubon Corkscrew Swamp Sanctuary, Caracara Prairie Preserve, and the Florida Panther National Wildlife Refuge.

11. In my role as a Sierra Club staff member, I have helped to coordinate activities to oppose poorly planned developments in both Eastern Collier County and Lee County, including the Bellmar project. As an organization, the Sierra Club believes that these development proposals run counter to our mission "to explore, enjoy, and protect" as they would bring more sprawl and vehicular traffic to the lands and roads of the region, and further imperil threatened and endangered species. Sierra Club has also opposed and is challenging here EPA's transfer of 404 permitting authority to Florida, and the underlying agency actions by the Corps and USFWS, for failing to comply with federal law. Both the Bellmar and Kingston projects are now seeking permits through the state 404 program.

12. The Bellmar project is a proposed residential development in Collier County, Florida.

Overall, Bellmar would add more than 4,000 homes and 45,000 additional daily vehicle trips about one mile away from the Florida Panther National Wildlife Refuge and destroy over 140 acres of wetlands. The project would also destroy more than 1,700 acres of Primary Zone panther habitat—the most valuable habitat for the species. Vehicular collisions, which have already killed 13 panthers this year and are a leading cause of death for this iconic and endangered species, would necessarily increase.

13. The Bellmar project is within panther habitat and is nearby to areas that I regularly visit in the hope of viewing panthers. The Bellmar development would be located south of Oil Well Road, in an area between the Florida Panther National Wildlife Refuge and Big Cypress National Preserve to the south and the CREW Wildlife and Environmental Area and Audubon Corkscrew Swamp Sanctuary to the north and northwest.

14. The project would also displace a breeding pair of Florida crested caracara, another threatened species that I also have an interest in viewing. The Bellmar project will displace this breeding pair from their nesting and foraging habitat, forcing them to look for other habitat in competition with other breeding pairs. The displacement of this breeding pair will make it harder for me to view the caracara and will harm their ability to reproduce, making it less likely I will see other caracara in the future.

15. Sierra Club has submitted numerous letters opposing the Bellmar development to agency and government officials and brought public attention to our organization's concerns for how this development would negatively impact wildlife conservation, wetlands, and the hydrological sheet flow.

16. The Kingston project is a proposed 6,676-acre residential development in southeast Lee County on the east end of Corkscrew Road. Overall, Kingston would add more than 10,000

residential units, 700,000 square feet of commercial space, 240 hotel units, and considerable vehicular traffic. The Kingston project is bordered by conservation lands such as the Imperial Marsh Preserve and the Corkscrew Regional Ecosystem Watershed (CREW) lands to the south. Approval of the development would run counter to the goals of the Corkscrew Regional Ecosystem Watershed, the largest intact watershed in Southwest Florida, straddling Lee and Collier Counties. The mosaic of CREW lands helps to purify and recharge groundwater for the regional drinking water supply, offers natural flood protection, provides habitat for wildlife, and offers public lands for recreation that I utilize for a variety of activities including wildlife viewing for both the caracara and FL panther.

17. According to the technical assistance report from USFWS, Kingston would cause disturbance to the caracara from development and construction activities, loss of foraging and nesting habitat, and a loss of reproductive success for the known breeding pair on the site. USFWS stated that the loss of 3,233.36 acres of suitable caracara foraging and nesting habitat in the Project footprint is the equivalent of losing one breeding pair of caracara.

18. Kingston would also destroy 3,400 acres of panther habitat (including primary zone habitat), equating to the take of one panther, and result in vehicular strike take of 16 panthers per year (including from construction traffic), which USFWS puts in a range of 3-22 each year.

19. The destruction of habitat that this wildlife depends on would negatively impact my ability to encounter them in the wild and on the public lands I have frequented in Southwest Florida and intend to explore more deeply in the future. I plan to continue utilizing these lands in the future for recreational purposes and for wildlife viewing.

20. This litigation is essential to protecting the interests of Sierra Club and my interests as a member of Sierra Club. Because of recent events, the need for relief has become urgent.

21. On October 19, 2023, the Court held a hearing in this case. Our attorneys asked the Court to prioritize our endangered species related claims because we hoped to avoid having to return to the court on an emergency basis were major projects of concern to move forward.

22. Then, on November 6, 2023, the Florida Department of Environmental Protection ("FDEP") issued a thirty-day public notice for Bellmar, scheduling a public hearing for December 7, 2023. According to the notice, FDEP has received final comments on the application from U.S. Fish and Wildlife Service ("USFWS"). These notices are attached as Exhibit 1.

23. USFWS prepared a document it is calling a technical assistance report for the Bellmar and Kingston projects. I am concerned that these reports are not a lawful, adequate substitute for the analyses required under the Endangered Species Act to determine the impacts of projects on protected species and the mitigation measures required. In addition, the documents anticipate significant take of panthers and caracara. I am concerned that through USFWS' Programmatic Biological Opinion, the agency is granting developers protection against liability for the take of these species without setting any take limit.

24. On November 9, 2023, our attorneys asked FDEP to postpone the Bellmar hearing for sixty days or until the Court ruled on our ESA-related claims. They also asked DOJ whether USFWS intended to comment on the permit and whether the Environmental Protection Agency ("EPA") intended to comment or otherwise take action related to the Bellmar permit.

25. On November 16, 2023, our attorneys learned that EPA had informed FDEP that it was reserving its right to comment on the Bellmar permit within 90 days of the public notice.

26. On November 17, 2023, FDEP declined our request to postpone the hearing on the Bellmar permit. On November 21, 2023, DOJ advised our attorneys that USFWS was not going

to make any further comment on the Bellmar permit. And in response to an inquiry from our attorneys, on November 28, 2023, DOJ could not say whether EPA would, or intended to, comment on the permit.

27. The Bellmar development's website says that the developer anticipates obtaining permits and beginning construction in 2023. Attached is a print out of the FAQ page on the website that I last visited on November 30, 2023. (Exhibit 2.)

28. On November 20, 2023, FDEP issued a 30-day public notice for the Kingston project. (Exhibit 3.) On November 21, our attorneys asked FDEP to postpone action on that project as well, but to my knowledge they have not yet heard back.

29. Sierra Club represents my interests in seeking to ensure that future development projects in Florida do not evade federal laws that Congress enacted to protect and recover species like the critically endangered Florida panther and the threatened caracara. Sierra Club represents my interests in making sure that I am not irreparably harmed by the imminent issuance of these permits.

30. My interests would be protected and my injuries would be redressed by an order reversing EPA's approval of Florida's 404 program, and the underlying related actions, including USFWS' Programmatic Biological Opinion and Incidental Take Statement. In the interim, an urgent order from the Court is required to prevent irreparable harm to my interests that will result if the state is allowed to permit the Bellmar development through its unlawful 404 program.

 I declare under penalty of perjury that the foregoing is true and correct.

 Executed this 1st day of December 2023.

       DocuSigned by:
       _____
       Michael McGrath

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

## DECLARATION OF RHONDA ROFF

I, Rhonda Roff, declare the following on the basis of personal knowledge to which I am competent to testify.

1. I submit this declaration in support of the Sierra Club in the above-captioned action.

2. I reside in Broward County, Florida, but frequently visit my other home on the Seminole Tribe of Florida's Big Cypress Reservation in Hendry County Florida. I have gone back and forth between these homes since approximately 2015. I have lived in South Florida since 1996, but I have been visiting areas of South Florida since my grandparents moved to the area around the Everglades and Loxahatchee National Wildlife Refuge in 1974.

3. I spend a considerable amount of time enjoying and trying to help protect the native environment and wildlife in Southwest Florida, including the Florida panther. I believe our unique ecosystem is very important to the communities in Southwest Florida and for biodiversity in general.

4. I have studied Biology, Chemistry, and Ecology, graduating Rutgers University with a

Bachelor of Arts Degree in Chemistry. I also am an amateur naturalist through the Florida Master Naturalist Program, whose mission is to promote the awareness and understanding of Florida's natural world amongst both Florida residents and tourists. The program is an adult education extension program through the University of Florida Institute of Food and Agricultural Sciences.

5. Professionally, I have worked for the Seminole Tribe of Florida's Environmental Resource Management Department, previously called Water Resource Management Department, and taught children through the Seminole Tribe's Education Department, now known as the Center for Student Success and Services.

6. Accordingly, I became a member of the Sierra Club, as well as other environmental organizations, to help protect and conserve endangered species in Southwest Florida, like the critically endangered Florida panther. I am an active member in good standing. I have been a member since 2007.

7. The Sierra Club is a national non-profit grassroots environmental organization committed to the preservation and protection of endangered species, diverse natural ecosystems, and native biodiversity. The Florida Chapter focuses specifically on protecting Florida's unique natural wonders, including the Florida panther. These activities support Sierra Club's mission to explore, enjoy, and protect the wild places of the earth.

8. As an active member of the Executive Committee of the Sierra Club's Calusa Group, encompassing Hendry, Glades, Collier and Lee counties, I engage as a citizen activist for supporting wildlife habitats, opposing illegal activities, and opposing new developments in Southwest Florida that could harm the native ecosystem and the Florida panther. I am also on the Florida Chapter Conservation Committee. I have testified and advocated to agencies and

county commission boards as a Sierra Club representative in support of the panther, preserving panther habitat, and opposing developments that could have negative impacts on panther populations. I plan to continue to volunteer in these capacities in the future.

9. I also have aided partners of the Sierra Club that work on similar issues. For example, I worked as a staff scientist on the Enforcement Project of the Natural Resources Defense Council, and I have also participated in spotted owl monitoring as a volunteer for the Pacific Northwest Research Lab, a collaboration between the U.S. Forest Service and the U.S. Fish and Wildlife Service.

10. As an avid nature lover and in hopes to see wildlife including the Florida panther, I often frequent different nature preserves throughout the panther's only remaining habitat, which is comprised of fragmented areas in Southwest Florida that begin at Florida's southern tip and extending now above the Caloosahatchee River.

11. The Florida panther is a critically endangered species, with between 120 to 230 adult panthers left in the wild. Panthers can have ranges over 200 square miles, and travel 15 to 20 miles a day. As a result, panthers require large, connected areas to roam, forage, and breed.

12. I am also an avid birdwatcher. I have participated in Audubon bird count activities and other bird count activities for birdwatchers. I enjoy opportunities to see crested caracaras when I recreate and travel in areas in and near Collier County and the preserves discussed below.

13. The crested caracara is a large species of raptor listed as threatened under the Endangered Species Act. Caracara typically inhabit flat areas like wet prairies with cabbage palms.

14. Habitat loss and traffic mortality are two leading threats to both the panther's and caracara's survival and recovery.

15. Two proposed projects in the areas that I recreate that are particularly concerning due to the impacts they will have on the panther and caracara are Bellmar and Kingston. Both projects have pending 404 dredge and fill permit applications before the Florida Department of Environmental Protection that are dangerously close to being permitted as discussed below.

16. The Bellmar project is a proposed large-scale residential development in Collier County, Florida seeking a State 404 Program permit under the Clean Water Act permitting program that the Florida Department of Environmental Protection assumed authority over as a result of the U.S. Environmental Protection Agency decision challenged in the present case. The project is within panther habitat and is nearby to areas that I regularly visit in the hope of viewing panthers and caracara. The proposed Bellmar development would be located south of Oil Well Road, in an area between the Florida Panther National Wildlife Refuge and Big Cypress National Preserve to the south, and the CREW Wildlife and Environmental Area and Audubon Corkscrew Swamp Sanctuary to the north and northwest.

17. According to a notice published by the Florida Department of Environment Protection on November 6, 2023, the U.S. Fish and Wildlife Service provided its "final" comments and conditions for the Bellmar State 404 permit as of October 2023, and Florida Department of Environmental Protection will hold a hearing on the proposed permit on December 7, 2023. My understanding is that the Florida Department of Environmental Protection could issue the State 404 permit for Bellmar very quickly after the conclusion of the hearing. Upon issuance of that permit, under the programmatic Incidental Take Statement challenged in this case, the permittees for Bellmar as well as the Florida Department of Environmental Protection would receive take authorization once the project is permitted.

18. According to records made available to the general public in September 2023, the U.S.

Fish and Wildlife Service anticipates the loss of 1 panther due to habitat destruction from the Bellmar project. The U.S. Fish and Wildlife Service has stated that this loss will result from the Bellmar project permanently eliminating approximately 1793 acres of panther habitat. USFWS also anticipates that three panthers will be injured or killed by vehicle strikes during the construction period. After construction of the development is complete, the U.S. Fish and Wildlife Service anticipates that three additional panther deaths will occur each year due to vehicle collisions from the traffic caused by the Bellmar development.

19. According to records made available to the general public in September 2023, the U.S. Fish and Wildlife Service also anticipates that Bellmar will displace one breeding pair of caracara from their nesting and foraging habitat. This displacement will make it harder from them to reproduce.

20. Kingston is another proposed large-scale residential development covering almost 7,000 acres not far from Bellmar in Lee County, Florida seeking a State 404 Program permit under the Clean Water Act permitting program that the Florida Department of Environmental Protection assumed authority over as a result of the U.S. Environmental Protection Agency decision challenged in the present case. The project is also within panther habitat and is nearby to areas that I regularly visit in the hope of viewing panthers and caracara. The proposed Kingston development would be located south of State Road 82, in an area to the west of CREW Wildlife and Environmental Area, north of Audubon Corkscrew Swamp Sanctuary, and east of Imperial Marsh Preserve.

21. According to a notice published by the Florida Department of Environment Protection on November 20, 2023, the U.S. Fish and Wildlife Service provided its "final" comments and conditions for the Kingston State 404 permit as of November 6, 2023, and Florida Department of

Environmental Protection opened a 30-day comment period that will end on December 20, 2023. My understanding is that the Florida Department of Environmental Protection could issue the State 404 permit for Kingston very quickly after the conclusion of the comment period. Upon issuance of that permit, under the programmatic Incidental Take Statement challenged in this case, the permittees for Kingston as well as the Florida Department of Environmental Protection would receive take authorization once the project is permitted.

22. According to records made available to the general public in October and November 2023, Kingston will permanently destroy 3,400 acres of panther habitat, including primary zone habitat. The records show that U.S. Fish and Wildlife Service anticipates that Kingston will result in the loss of 4 to 23 panthers at the year of buildout due to vehicle collisions, habitat loss and reduction in carrying capacity. Post-construction, the U.S. Fish and Wildlife Service anticipates the loss of 3 to 22 panthers each year, every year thereafter.

23. According to records made available to the general public in October and November 2023, the U.S. Fish and Wildlife Service anticipates Kingston would cause disturbance to the caracara from development and construction activities, loss of foraging and nesting habitat, and a loss of reproductive success for the known breeding pair on the site. Kingston will result in the loss of more than 3,233 acres of suitable caracara foraging and nesting habitat. The U.S. Fish and Wildlife Service anticipates that this lost habitat is the equivalent of losing one breeding pair of caracara.

24. Given the impacts from both of these projects, I have engaged in efforts to advocate against these unacceptable impacts and educate the public. These efforts have included amplifying the harms associated with these projects on social media and hosting guest speakers to explain the harms and larger implications these projects will cause for the panther and other

listed species.

25. Since approximately 2000, I have regularly visited preserves near the proposed Bellmar and Kingston developments, like Corkscrew Swamp Sanctuary, Crew Wildlife and Environmental Area, and Okaloacoochee Slough State Forest to bird and observe native wildlife, including the Florida panther and caracara. In addition, I also frequently drive SR 82, which is to the north of the Bellmar and Kingston sites, and park on the side of the road to spot wildlife. Once or twice a year for the past 5 years, I have spent a whole day in Fakahatchee Strand State Preserve hiking and spotting wildlife, which is south of the proposed Bellmar and Kingston sites and also south of the Florida Panther National Wildlife Refuge. Last year we were able to visit Fakahatchee from dusk until shortly after it was dark to star gaze. I also often visit Big Cypress National Preserve, including for night time astronomy programs near the Big Cypress Visitor Center. I especially enjoy opportunities to look for panthers in the evening hours. I typically make an annual trip to the Florida Panther National Wildlife Refuge to hike and spot wildlife like the panther. In addition, I have been to the Everglades to canoe and for wildlife sightings. I plan to continue my regular visits to these preserves and others in panther habitat in the future.

26. During my regular visits, I have been lucky to observe panthers in the wild several times on the Big Cypress Seminole Indian Reservation, along the Canal Road near "confusion corner" or the G409 Pump Station and in a cane field off County Road 835. This is a thrilling experience and I am always on the lookout whenever I venture into nature. My son witnessed a panther jumping across Snake Rd (BIA 1281) on the Big Cypress Seminole Reservation. My husband watched one cross our front walk there on the Reservation and pass him while he was fishing from the bridge on the L-28 Interceptor canal also on the Reservation. During the time I lived on the Seminole Tribe of Florida's Big Cypress Reservation, I would spend several days every year

off the Seminole Reservation just to primarily hike, canoe, bird, and spot wildlife in the above-mentioned preserves. On the Seminole Reservation, panthers were seen crossing my front yard on occasion. I also have assisted with Seminole Tribe cultural walks through the Deep Lake area as well.

27. In my every day travels, I am always on the lookout for birds, including crested caracara. I bring my binoculars with me wherever I go to take advantage of opportunities for roadside viewing of birds, including opportunities to view crested caracara. One of the areas where I have traveled and expect to travel again this year and in years to come includes portions of Oil Well Road that are adjacent to the proposed Bellmar site. I have also seen caracara along Corkscrew Road where the Kingston site is located. In the past I would make monthly trips along this route and now travel this road around 2 to 3 times a year and plan to continue.

28. I use these areas as my own emotional sanctuary to relieve stress and recharge. As a naturalist and wildlife enthusiast, I appreciate and observe the native ecosystem and wildlife. During my visits, I recreate, hike, canoe, bird, and observe wildlife. I also scout these areas as a citizen activist to alert authorities to illegal activities and ensure these vital habitats are preserved. I plan to continue all of these activities in the future.

29. I particularly enjoy these areas because they serve as habitat for the endangered Florida panther and caracara. I have been lucky enough to have seen panthers and caracara in the wild many times and actively seek to spot them during my nature ventures. The panthers and caracara are both vital parts of the ecosystem and I enjoy viewing and appreciating these marvelous species and plan to continue. My experience of seeing these species is something I look forward to. That enjoyment would be diminished if there were fewer panthers and caracaras in these areas. Impacts from the Bellmar and Kingston projects that drive panthers and caracaras away

from these location or even worse result in their deaths would harm me by diminishing my opportunities to see these majestic creatures in areas open to the public. Unfortunately over time I have already witnessed the lands near Kingston drastically change with development. As development over these lands increases, sadly my chances of seeing caracara lessens.

30.     The rural areas I frequent are part of the only remaining habitat for the panther. It is important to me to see the natural environment of South Florida preserved in a way that will maintain the integrity of the ecosystem. I am worried about the impacts of development, construction, and the spread of invasive species on the environment and believe these impacts must be thoughtfully avoided and minimized in compliance with the Endangered Species Act to keep the ecosystem healthy.

31.     I am concerned that the "technical review" process the U.S. Fish and Wildlife Service has conducted for Bellmar and Kingston is not a lawful or adequate substitute for the analysis of effects and minimization of impacts required under the Endangered Species Act. I am concerned that the U.S. Fish and Wildlife Service, through the programmatic Incidental Take Statement and its project-specific conditions for Bellmar and Kingston, is authorizing elimination of panthers and harm to carcaras without adequately considering the impacts or minimizing the impacts to the Florida panther population or the Florida crested caracaras.

32.     Because of the rise in development and road expansions throughout Florida—and in Southwest Florida especially—vehicular collisions have become one of the leading causes of panther mortality. So far in 2023 there have been 13 vehicle collision deaths documented by the Florida Fish and Wildlife Conservation Commission. The cumulative habitat loss and fragmentation from the Bellmar and Kingston developments gives me significant trepidation for driving at night because of the increased chance of potentially hitting a panther.

33. The U.S. Fish and Wildlife Service anticipates that the proposed Bellmar development will eliminate one panther from the population due to habitat destruction, will eliminate 3 more panthers during construction, and then three more panthers thereafter per year, every year post-construction. The U.S. Fish and Wildlife Service also anticipates that the proposed Kingston development will result in the loss of 4 to 23 panthers during construction and between 3 to 22 panthers per year, every year thereafter. Mitigation to replace destroyed habitat, ensure the connectivity of habitat areas, and prevent additional vehicular mortality is critically important, and I am concerned that due to the unlawful programmatic Biological Opinion and Incidental Take Statement, the U.S. Fish and Wildlife Service will not ensure that mitigation is adequate either to avoid jeopardy to the species, or to minimize the impacts of taking, as required by the Endangered Species Act.

34. Given the already low numbers of Florida panthers in the wild, and existing mortalities from vehicle collisions, additional mortalities to this small population will harm my ability to enjoy and spot wildlife in the areas where I recreate, described above. My personal enjoyment of the ecosystem and the general area in which I live will accordingly diminish significantly when the panther, an apex predator and keystone species, goes extinct or declines in numbers.

35. Panthers are critical to supporting and maintaining the overall health of the South Florida ecosystem. Given the species' large range and scarce population, any harm to its limited habitat drastically affects its ability to disperse. With less or no panthers in the wild, the South Florida ecosystem will fall out of natural balance and severely damage its health and biodiversity. This loss will lessen my enjoyment of the areas where I regularly recreate and travel and inhibit my ability to observe and appreciate the unique ecosystem.

36. Now occupying only a tiny portion of their former range, panthers must be provided

sufficient, safe habitat and secure corridors to roam their range and to migrate further north if the species is to survive and grow. The proposed Bellmar and Kingston developments, however, will increase panther road fatalities, making panther recovery and survival more unlikely. And in the near term, it will reduce the panther population through habitat destruction.

37. New construction projects, especially without proper oversight and/or mitigation, impede the panther's ability to hunt, breed, and migrate, and also increase panther road fatalities, which is the leading cause of panther deaths. To see the resulting harm to the presence of panthers in the native wild areas, and decrease in or extinction of panthers, would severely diminish my aesthetic and spiritual enjoyment of the areas that I live, recreate, volunteer, and study in.

38. It is my understanding that the Bellmar project will also displace a breeding pair of Florida crested caracaras from the areas on the Bellmar site where they currently nest and forage, causing them to shift their territory away from the site into areas where they will have to compete with other breeding pairs, likely harming them due to the lack of adequate habitat to support them. I understand that the ability of that breeding pair to reproduce successfully will also likely be permanently lost due to the destruction of their habitat on the Bellmar site. In addition, the Kingston project is anticipated to result in the loss or failed reproduction of one caracara pair. These likely impacts to the caracaras will harm me by diminishing my opportunities to see caracara when I travel through areas adjacent to and nearby the Bellmar and Kingston sites.

39. For all these reasons, I am opposed to development in Southwest Florida that fails to follow the mandates of the laws seeking to protect the endangered panther and threatened Florida crested caracara, such as the Endangered Species Act. I believe that the U.S. Fish and Wildlife

Service failed to adequately consider the impacts the Bellmar and Kingston projects will have on the survival and recovery of these species and failed to provide the necessary protections to minimize the impacts of the take that it will be authorizing pursuant to the programmatic Incidental Take Statement.

40.     Sierra Club represents my interests in seeking to ensure that the Bellmar and Kingston projects, and future development projects in Florida obtaining take authorization under the programmatic Incidental Take Statement, do not evade federal laws that seek to protect and recover the endangered panther and threatened Florida crested caracara.

41.     My interests would be protected and my injuries would be redressed by an order vacating EPA's approval of Florida's 404 program, and the underlying related actions, including USFWS' Programmatic Biological Opinion and Incidental Take Statement.  In the interim, an urgent order from the Court is required to prevent irreparable harm to my interests that will result if the state is allowed to permit the Bellmar and Kingston developments, and the associated loss of panthers and displacement of caracaras, through its unlawful 404 program.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on  12/1/2023  by  *Rhonda Roff* .

                                                  Rhonda Roff