# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5101**                                                    **September Term, 2023**

                                                                                  1:21-cv-00119-RDM

                                                                **Filed On:** May 20, 2024

Center for Biological Diversity, et al.,

      Appellees

  v.

Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency, et al.,

      Appellees

State of Florida and Florida Department of Environmental Protection,

      Appellants

      **BEFORE:**    Wilkins, Childs, and Pan, Circuit Judges

## O R D E R

      Upon consideration of the motion for stay pending appeal, the responses thereto, and the reply; and the notice of intent to participate as amici curiae, which the court construes as a motion for leave to file a brief in support of a stay, and the lodged amicus brief, it is

      **ORDERED** that the motion for leave be granted. The Clerk is directed to file the lodged amicus brief. It is

      **FURTHER ORDERED** that the motion for stay be denied. Appellant has not satisfied the stringent requirements for a stay pending appeal. See Nken v. Holder, 556

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5101**　　　　　　　　　　　　　　**September Term, 2023**

U.S. 418, 434 (2009); <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2021).

**<u>Per Curiam</u>**

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　BY:　　/s/
　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　Deputy Clerk