NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 24-5101

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees*,

v.

MICHAEL REGAN, et al.,
*Defendants*,

and

STATE OF FLORIDA, et al.,
*Intervenors-Defendants-Appellants.*

---

Appeal from the United States District Court for the District of Columbia
No. 1:21-cv-00119 (Hon. Randolph D. Moss)

---

**FEDERAL DEFENDANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

---

    TODD KIM
    *Assistant Attorney General*

    RACHEL HERON
    JOAN PEPIN
    REBECCA JAFFE
    *Attorneys*
    Environment and Natural Resources Division
    U.S. Department of Justice
    Post Office Box 7415
    Washington, D.C. 20044
    (202) 305-0258
    rebecca.jaffe@usdoj.gov

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

**A.      Parties and Amici**

Plaintiffs-Appellees are the Center for Biological Diversity; Defenders of Wildlife; Sierra Club; Conservancy of Southwest Florida; Florida Wildlife Federation; Miami Waterkeeper; and St. Johns Riverkeeper.

Federal Defendants[1] are Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency (EPA); Radhika Fox, in her official capacity as Assistant Administrator for the Office of Water of the EPA; Jeffrey Prieto, in his official capacity as General Counsel for the EPA; Lawrence Starfield, in his official capacity as Acting Assistant Administrator for the Office of Enforcement and Compliance Assurance for the EPA; John Blevins, in his official capacity as Acting Administrator for Region 4 of the EPA; Leopoldo Miranda-Castro, in his official capacity as Regional Director for the U.S. Fish and Wildlife Service (FWS); Martha Williams, in her official capacity as Principal Deputy Director for the FWS; Scott Spellmon, in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; James

---

[1] The Solicitor General is responsible for determining whether, and to what extent, the United States will pursue an appeal when the United States receives an adverse decision.  *See* 28 C.F.R. § 0.20.  The Solicitor General has not yet decided whether to authorize an appeal in this case.  The deadline for the United States to notice an appeal has not yet run.

Booth, in his official capacity as District Commander of the Jacksonville District for the Corps; EPA; Corps; and FWS.

Intervenor-Defendant-Appellants are the State of Florida and Florida Department of Environmental Protection.

Amici before this Court are the Florida Chamber of Commerce; the Association of Florida Community Developers, Inc.; the Mosaic Company; the Florida Home Builders Association; the Florida Transportation Builders' Association; the Leading Builders of America; the Associated Industries of Florida; the Lennar Corporation; G.L. Homes of Florida Corp.; Greenpoint Holdings; KB Home; Pulte Group; Taylor Morrison Home Corp; Florida State Hispanic Chamber of Commerce.

Tarpon Blue Silver King I, LLC, doing business as Collier Enterprises, Ltd., was an additional party before the district court.

Additional amici before the district court were Cameratta Companies LLC and CAM7-SUB, LLC.

B.     **Rulings Under Review**

The State of Florida and the Florida Department of Environmental Protection appeal the district court's February 15, 2024 order, as amended on April 12, 2024. That order was made final and appealable on April 12, 2024, when the district court entered a final judgment under Federal Rule of Civil Procedure 54(b).

**C.    Related Cases**

None.

Respectfully submitted,

/s/ *Rebecca Jaffe*
TODD KIM
*Assistant Attorney General*

RACHEL HERON
JOAN PEPIN
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0258
rebecca.jaffe@usdoj.gov

May 23, 2024
DJ 90-5-1-4-21866