NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 24-5101

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,
*Plaintiff-Appellees*,

v.

ENVIRONMENTAL PROTECTION AGENCY, ET AL.,
*Defendants*,

STATE OF FLORIDA, ET AL.,
*Intervenor-Appellants*.

ON APPEAL FROM THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
No. 1:21-CV-0119 (RDM)

**PLAINTIFF-APPELLEES' CERTIFICATE AS TO THE PARTIES, RULINGS, AND RELATED CASES**

| | |
|---|---|
| Tania Galloni | Bonnie Malloy |
| Christina I. Reichert | Earthjustice |
| Earthjustice | 111 S. MLK Jr. Blvd. |
| 4500 Biscayne Blvd, Ste. 201 | Tallahassee, FL 32301 |
| Miami, FL 33137 | Tel.: (850) 681-0031 |
| Tel.: (305) 440-5432 | bmalloy@earthjustice.org |
| tgalloni@earthjustice.org | |
| creichert@earthjustice.org | |

Dated: May 23, 2024                         *Attorneys for Plaintiff-Appellees*

## **CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

A.  **Parties and Amici**

Parties: Plaintiff-Appellees are the Center for Biological Diversity; Defenders of Wildlife; Sierra Club; Conservancy of Southwest Florida; Florida Wildlife Federation; Miami Waterkeeper; and St. Johns Riverkeeper.

Federal Defendants are Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency ("EPA"); Radhika Fox, in her official capacity as Assistant Administrator for the Office of Water of the EPA; Jeffrey Prieto, in his official capacity as General Counsel for the EPA; Lawrence Starfield, in his official capacity as Acting Assistant Administrator for the Office of Enforcement and Compliance Assurance for the EPA; John Blevins, in his official capacity as Acting Administrator for Region 4 of the EPA; Leopoldo Miranda-Castro, in his official capacity as Regional Director for the U.S. Fish and Wildlife Service ("USFWS"); Martha Williams, in her official capacity as Principal Deputy Director for USFWS; Scott Spellmon, in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers ("Corps"); James Booth, in his official capacity as District Commander of the Jacksonville District for the Corps; the EPA; the Corps; and USFWS.

Intervenor-Defendant-Appellants are the State of Florida and Florida Department of Environmental Protection.

1

<u>Limited Intervenors Before the District Court:</u> Tarpon Blue Silver King I, LLC, doing business as Collier Enterprises, Ltd., and Cameratta Companies, LLC, and Cam7-Sub, LLC, were granted leave to intervene below solely for the purpose of opposing the motion for preliminary injunction.

<u>Amici:</u> In the district court, the Association of Florida Community Developers, Incorporated; Florida Chamber of Commerce; Cameratta Companies LLC; CAM7-SUB, LLC; Lennar Corporation; G.L. Homes; Greenpoint Holdings; KB Home; Pulte Group; Taylor Morrison; Florida Transportation Builders Association; Florida State Hispanic Chamber of Commerce; and Associated Industries of Florida filed amicus briefs in support of the Federal Defendants and Intervenor-Defendant-Appellants.

In the Court of Appeals, Florida Chamber of Commerce; Association of Florida Community Developers, Inc.; Mosaic Company; Florida Home Builders Association; Florida Transportation Builders' Association; Florida State Hispanic Chamber of Commerce; Leading Builders of America; Associated Industries of Florida; G.L. Homes of Florida Corp.; KB Home; Lennar Corp.; Pulte Group, Inc.; Greenpoint Holdings; and Taylor Morrison Home Corp., submitted an amicus brief in support of Intervenor-Defendant-Appellants' motion for a stay.

B.  **Rulings Under Review**

Intervenor-Defendant-Appellants appeal the district court's February 15, 2024, order, as amended on April 12, 2024. That order was made final and appealable on April 12, 2024, when the district court directed entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b). Plaintiff-Appellants are deciding whether to file a cross-appeal, which may add other rulings for review. The time to make that decision has not yet run.

C.  **Related Cases**

There are no related cases pending before this Court or the U.S. District Court for the District of Columbia. However, a related case was filed by the Miccosukee Tribe of Indians of Florida in the U.S. District Court for the Southern District of Florida also challenging EPA's approval of Florida's 404 program. That case was stayed and administratively closed in light of the order that is on appeal here, which vacated EPA's approval of the program. Order at 2–3, Miccosukee Tribe of Indians of Fla. v. EPA, No. 1:22-CV-22459 (S.D. Fla. July 28, 2023), ECF No. 50.

Dated: May 23, 2024                    Respectfully submitted,

*/s/ Tania Galloni*
TANIA GALLONI
CHRISTINA I. REICHERT
Earthjustice
4500 Biscayne Blvd., Ste. 201
Miami, FL 33137
Email: tgalloni@earthjustice.org
Email: creichert@earthjustice.org

3

Telephone: (305) 440-5432

BONNIE MALLOY
Earthjustice
111 South Martin Luther King Jr. Blvd.
Tallahassee, FL 32301
Email: bmalloy@earthjustice.org
Telephone: (850) 681-0031

Attorneys for Plaintiff-Appellee

4