NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 24-5101

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees*,

v.

MICHAEL REGAN, et al.,
*Defendants*,

and

STATE OF FLORIDA, et al.,
*Intervenors-Defendants-Appellants*.

---

Appeal from the United States District Court for the District of Columbia
No. 1:21-cv-00119 (Hon. Randolph D. Moss)

---

**INTERVENOR TARPON BLUE SILVER KING d/b/a COLLIER ENTERPRISES, LTD. CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

---

| | |
|---|---|
| George P. Sibley, III | Andrew Jacob Turner |
| Hunton Andrews Kurth LLP | Elizabeth Carter Chandler Clements |
| Riverfront Plaza, East Tower | Hunton Andrews Kurth LLP |
| 951 East Byrd Street | Telephone: 202-955-1500 |
| Richmond, VA 23219 | Fax: 202-778-2201 |
| Telephone: 804-788-8200 | Email: aturner@huntonak.com |
| Fax: 804-343-4869 | Email: eclements@HuntonAK.com |
| Email: gsibley@HuntonAK.com | 2200 Pennsylvania Avenue, NW |
| | Suite 930 |
| | Washington, DC 20037 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

A.  **Parties and Amici**

Plaintiffs-Appellees are the Center for Biological Diversity; Defenders of Wildlife; Sierra Club; Conservancy of Southwest Florida; Florida Wildlife Federation; Miami Waterkeeper; and St. Johns Riverkeeper.

Federal Defendants are Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency (EPA); Radhika Fox, in her official capacity as Assistant Administrator for the Office of Water of the EPA; Jeffrey Prieto, in his official capacity as General Counsel for the EPA; Lawrence Starfield, in his official capacity as Acting Assistant Administrator for the Office of Enforcement and Compliance Assurance for the EPA; John Blevins, in his official capacity as Acting Administrator for Region 4 of the EPA; Leopoldo Miranda-Castro, in his official capacity as Regional Director for the U.S. Fish and Wildlife Service (FWS); Martha Williams, in her official capacity as Principal Deputy Director for the FWS; Scott Spellmon, in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; James Booth, in his official capacity as District Commander of the Jacksonville District for the Corps; EPA; Corps; and FWS.

Intervenor-Defendant-Appellants are the State of Florida and Florida Department of Environmental Protection.

Amici before this Court are the Florida Chamber of Commerce; the

Association of Florida Community Developers, Inc.; the Mosaic Company; the Florida Home Builders Association; the Florida Transportation Builders' Association; the Leading Builders of America; the Associated Industries of Florida; the Lennar Corporation; G.L. Homes of Florida Corp.; Greenpoint Holdings; KB Home; Pulte Group; Taylor Morrison Home Corp; Florida State Hispanic Chamber of Commerce.

Tarpon Blue Silver King I, LLC, doing business as Collier Enterprises, Ltd., was an additional party before the district court.

Additional amici before the district court were Cameratta Companies LLC and CAM7-SUB, LLC.

### B.     Rulings Under Review

The State of Florida and the Florida Department of Environmental Protection appeal the district court's February 15, 2024 order, as amended on April 12, 2024. That order was made final and appealable on April 12, 2024, when the district court entered a final judgment under Federal Rule of Civil Procedure 54(b).

**C.     Related Cases**

None.

Respectfully submitted,

/s/ George P. Sibley, III

George P. Sibley, III
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Telephone: 804-788-8200
Fax: 804-343-4869
Email: gsibley@HuntonAK.com

Andrew Jacob Turner
Elizabeth Carter Chandler Clements
Hunton Andrews Kurth LLP
Telephone: 202-955-1500
Fax: 202-778-2201
Email: aturner@huntonak.com
Email: eclements@HuntonAK.com
2200 Pennsylvania Avenue, NW
Suite 930
Washington, DC 20037