# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Center for Biological Diversity et al.

**v.**

Michael Regan et al.

**Case No:** 24-5101

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

⊙ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 04/04/2024 | Status Hearing | Sherry Lindsay |
| 01/30/2024 | Motion Hearing | Tamara M. Sefranek |
| 10/19/2023 | Motion Hearing | Tamara M. Sefranek |
| 03/15/2022 | Video Motion Hearing | Jeff M. Hook |
| 02/17/2021 | Telephonic Pre-Motion Conference | Jeff M. Hook |
| | | |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I certify that on May 23, 2024, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

                                         */s/ Aaron M. Streett*
                                         Aaron M. Streett

                                         *Counsel for the State of Florida and the Florida Department of Environmental Protection*