<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, et al.** | )<br>)<br>) |
| *Appellees,* | )<br>) |
| v. | )  **Case No. 24-5101** |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.** | )<br>)<br>) |
| *Defendants,* | )<br>) |
| **STATE OF FLORIDA AND FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION** | )<br>)<br>)<br>) |
| **Appellants** | ) |

<u>**APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES**</u>

Pursuant to this Court's April 23, 2024 Order, Appellants State of Florida and Florida Department of Environmental Protection (collectively "Florida") certify the following:

**I.       <u>Parties and *Amici*</u>**

The parties, intervenors, and *amici* currently known to Florida are:

<u>Intervenor-Defendant-Appellants</u>: State of Florida and Florida Department of Environmental Protection.

1

<u>Federal Defendants</u>: Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency; Radhika Fox, in her official capacity as Assistant Administrator for the Office of Water of the U.S. Environmental Protection Agency; Jeffrey Prieto, in his official capacity as General Counsel for the U.S. Environmental Protection Agency; Lawrence Starfield, in his official capacity as Acting Assistant Administrator for the Office of Enforcement and Compliance Assurance for the U.S. Environmental Protection Agency; John Blevins, in his official capacity as Acting Administrator for Region 4 of the U.S. Environmental Protection Agency; Leopoldo Miranda-Castro, in his official capacity as Regional Director for the U.S. Fish and Wildlife Service; Martha Williams, in her official capacity as Principal Deputy Director for the U.S. Fish and Wildlife Service; Scott Spellmon, in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; James Booth, in his official capacity as District Commander of the Jacksonville District for the U.S. Army Corps of Engineers; U.S. Environmental Protection Agency; U.S. Army Corps of Engineers; and U.S. Fish and Wildlife Service.

<u>Plaintiff-Appellees</u>: Center for Biological Diversity; Defenders of Wildlife; the Sierra Club; the Conservancy of Southwest Florida; Florida Wildlife Federation; Miami Waterkeeper; and St. Johns Riverkeeper.

<u>Intervenors Before the District Court</u>: Tarpon Blue Silver King I, LLC, doing business as Collier Enterprises, Ltd.

*Amici* Before this Court: Florida Chamber of Commerce; Association of Florida Community Developers, Incorporated; Lennar Corporation; G.L. Homes; Greenpoint Holdings; Taylor Morrison; Florida Transportation Builders Association; and Associated Industries of Florida (all of which were also *Amici* before the District Court) as well as the Mosaic Company; Florida Homebuilders Association; Leading Builders of America; and PulteGroup, Inc.

*Amici* Before the District Court not Before this Court: Cameratta Companies LLC; CAM7-SUB, LLC; KB Home; and State Hispanic Chamber of Commerce.

## II.  Rulings Under Review

Florida seeks review of the district court's February 15, 2024 order, as amended on April 12, 2024, vacating federal approval of Florida's permitting program under Section 404 of the Clean Water Act and the accompanying Programmatic Biological Opinion and Incidental Take Statement. That vacatur order was made final and appealable on April 12, 2024, when the district court entered a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

## III.  Related Cases

None.

May 23, 2024

Respectfully submitted,

*/s/ Aaron M. Streett*
Aaron M. Streett
Anthony J. Lucisano
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, Texas 77002
(713) 229-1855 (phone)
(713) 229-7855 (fax)
aaron.streett@bakerbotts.com
anthony.lucisano@bakerbotts.com

Jeffrey H. Wood
700 K Street NW
BAKER BOTTS LLP
Washington, D.C. 20001
(202) 639-7700
jeff.wood@bakerbotts.com

*Counsel for the State of Florida and the Florida Department of Environmental Protection*

## CERTIFICATE OF SERVICE

I certify that on May 23, 2024, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

>   */s/ Aaron M. Streett*
>   Aaron M. Streett
>
>   *Counsel for the State of Florida and the Florida Department of Environmental Protection*

5