# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 24-5101    2. DATE DOCKETED: Apr. 22, 2024
3. CASE NAME (lead parties only) Center for Biological Diversity    v. Michael Regan
4. TYPE OF CASE: ☐ District Ct - ☉ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ☐ Yes ☉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 21-119    Bankruptcy    Tax
      Criminal    Adversary
      Miscellaneous    Ancillary
   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Randolph D. Moss    Magistrate Judge
   d. Date of order(s) appealed (use date docketed): Feb. 15, 2024    e. Date notice of appeal filed: Apr. 15, 2024
   f. Has any other notice of appeal been filed in this case?    ☐ Yes ☉ No    If YES, date filed:
   g. Are any motions currently pending in trial court?    ☐ Yes ☉ No    If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ☐ Yes ☉ No
      If NO, why not? All necessary transcripts are already on file with the district court.
   i. Has this case been before the Court under another appeal number? ☐ Yes Appeal #    ☉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ☉ No    If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?    ☉ Yes ☐ No
      If YES, give popular name and citation of statute Clean Water Act 33 U.S.C. §1251 et seq. Endangered Species Act 16 U.S.C. §1531 et seq.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?    ☐ Yes ☉ No    If so, provide program name and participation dates

Signature *Aaron M. Streett*    Date 05/23/2024
Name of Party State of Florida and Florida Department of Environmental Protection
Name of Counsel for Appellant/Petitioner Aaron M. Streett
Address 910 Louisiana St. Houston, Texas 77002
Phone ( 713 ) 229-1855    Fax ( 713 ) 229-7855

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)