**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.　　　　　)<br>)<br>)<br>　　　　Appellees,　)<br>)<br>　　v.　　　　　　　)<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, et al.　　)<br>)<br>　　　　Defendants,　)<br>)<br>STATE OF FLORIDA AND FLORIDA )<br>DEPARTMENT OF ENVIRONMENTAL )<br>PROTECTION　　　　　　　　)<br>　　　　Appellants　)<br>) | Case No. 24-5101 |

**STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX**

Pursuant to this Court's April 23, 2024 Order, Appellants State of Florida and Florida Department of Environmental Protection state that the parties intend to utilize a deferred joint appendix pursuant to Federal Rule of Appellate Procedure 30(c) and D.C. Circuit Rule 30(c).

May 23, 2024

Respectfully submitted,

*/s/ Aaron M. Streett*
Aaron M. Streett
Anthony J. Lucisano
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, Texas 77002
(713) 229-1855 (phone)
(713) 229-7855 (fax)
aaron.streett@bakerbotts.com
anthony.lucisano@bakerbotts.com

Jeffrey H. Wood
700 K Street NW
BAKER BOTTS LLP
Washington, D.C. 20001
(202) 639-7700
jeff.wood@bakerbotts.com

*Counsel for the State of Florida and the Florida Department of Environmental Protection*

## CERTIFICATE OF SERVICE

    I certify that on May 23, 2024, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

    */s/ Aaron M. Streett*
Aaron M. Streett

*Counsel for the State of Florida and the Florida Department of Environmental Protection*