ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | ) ) ) |
| Appellees, | ) ) |
| v. | ) ) Case No. 24-5101 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al. | ) ) ) ) |
| Defendants, | ) ) |
| STATE OF FLORIDA AND FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ) ) ) ) |
| Appellants | ) ) |

**APPELLANTS' STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's April 23, 2024 Order, Appellants State of Florida and Florida Department of Environmental Protection (collectively "Florida") respectfully submit this non-binding statement of issues to be raised. The issues Florida presently intends to raise are as follows:

1. Whether the district court erred in determining that Appellees had standing.

2. Whether the district court erred in vacating the U.S. Fish and Wildlife Service's programmatic biological opinion and incidental-take statement

1

that the Environmental Protection Agency relied upon in approving Florida's permitting program under Section 404 of the Clean Water Act.

3. Whether the district court erroneously vacated federal approval of Florida's entire permitting program under Section 404 of the Clean Water Act, despite finding only that the BiOp and incidental-take statement were invalid.

May 23, 2024

Respectfully submitted,

*/s/ Aaron M. Streett*

Aaron M. Streett
Anthony J. Lucisano
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, Texas 77002
(713) 229-1855 (phone)
(713) 229-7855 (fax)
aaron.streett@bakerbotts.com
anthony.lucisano@bakerbotts.com

Jeffrey H. Wood
700 K Street NW
BAKER BOTTS LLP
Washington, D.C. 20001
(202) 639-7700
jeff.wood@bakerbotts.com

*Counsel for the State of Florida and the Florida Department of Environmental Protection*

## CERTIFICATE OF SERVICE

I certify that on May 23, 2024, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

*/s/ Aaron M. Streett*
Aaron M. Streett

*Counsel for the State of Florida and the Florida Department of Environmental Protection*
