NOT YET SCHEDULED FOR ORAL ARGUMENT No. 24-5101

UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees*, v.

MICHAEL REGAN, et al.,
*Defendants*, and

STATE OF FLORIDA, et al.,
*Intervenors-Defendants-Appellants.*

---

Appeal from the United States District Court for the District of Columbia No. 1:21-cv-00119 (Hon. Randolph D. Moss)

---

**INTERVENOR TARPON BLUE SILVER KING d/b/a COLLIER ENTERPRISES, LTD. CORPORATE DISCLOSURE STATEMENT**

---

George P. Sibley, III
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Telephone: 804-788-8200
Fax: 804-343-4869
Email: gsibley@HuntonAK.com

Andrew Jacob Turner
Elizabeth Carter Chandler Clements
Hunton Andrews Kurth LLP
Telephone: 202-955-1500
Fax: 202-778-2201
Email: aturner@huntonak.com
Email: eclements@HuntonAK.com
2200 Pennsylvania Avenue, NW
Suite 930
Washington, DC 20037

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Movant Defendant-Intervenor provides as follows:

Tarpon Blue Silver King I, LLC b/b/a Collier Enterprises: Is a member of the Tarpon Blue Family of Companies. No publicly held corporation owns 10% or more of the stock of such parent corporation.

Dated May 24, 2024

                                        Respectfully submitted,

                                        /s/ George P. Sibley, III

                                        George P. Sibley, III
                                        Hunton Andrews Kurth LLP
                                        Riverfront Plaza, East Tower
                                        951 East Byrd Street
                                        Richmond, VA 23219
                                        Telephone: 804-788-8200
                                        Fax: 804-343-4869
                                        Email: gsibley@HuntonAK.com

                                        Andrew Jacob Turner
                                        Elizabeth Carter Chandler Clements
                                        Hunton Andrews Kurth LLP
                                        Telephone: 202-955-1500
                                        Fax: 202-778-2201
                                        Email: aturner@huntonak.com
                                        Email: eclements@HuntonAK.com
                                        2200 Pennsylvania Avenue, NW
                                        Suite 930
                                        Washington, DC 20037