# United States Court of Appeals
## For The District of Columbia Circuit

_____

No. 24-5101                          September Term, 2023

1:21-cv-00119-RDM

Filed On: June 12, 2024 [2059481]

Center for Biological Diversity, et al.,

        Appellees

     v.

Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency, et al.,

        Appellees

State of Florida and Florida Department of Environmental Protection,

        Appellants

------------------------------

Consolidated with 24-5156, 24-5159

**O R D E R**

     It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                               BY:     /s/
                                                Emily K. Campbell
                                                Deputy Clerk