# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5101**                                                    **September Term, 2023**

**1:21-cv-00119-RDM**

**Filed On: June 25, 2024**

Center for Biological Diversity, et al.,

        Appellees

    v.

Michael S. Regan, in his official capacity as
Administrator for the U.S. Environmental
Protection Agency, et al.,

        Appellees

State of Florida and Florida Department of
Environmental Protection,

        Appellants

------------------------------

Consolidated with 24-5156, 24-5159

      **BEFORE:**    Katsas, Rao, and Childs, Circuit Judges

### O R D E R

      Upon consideration of the motion to expedite the appeal, the responses thereto, and the reply, it is

      **ORDERED** that the following briefing format and schedule will apply in these consolidated cases:

| | |
|---|---|
| Briefs of Florida Appellants and Federal Appellants | August 2, 2024 |
| Brief of Amici Curiae in Support of Appellants | August 9, 2024 |
| Brief of Environmental Appellees/Cross-Appellants | September 9, 2024 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5101**                                                    **September Term, 2023**

| | |
|---|---|
| Reply and Response Briefs of<br>Florida Appellants/Cross-Appellees<br>and Federal Appellants/Cross-Appellees | October 9, 2024 |
| Reply Brief of Environmental<br>Cross-Appellants | October 30, 2024 |
| Deferred Appendix | November 6, 2024 |
| Final Briefs | November 20, 2024 |

The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Internal Procedures 43 (2021); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Laura M. Morgan
Deputy Clerk