# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
*All Cases Other than Administrative Agency Cases (To be completed by appellant)*

1. CASE NO. **24-5101 (cross-appeal 24-5156)**   2. DATE DOCKETED: **06/12/2024**
3. CASE NAME (lead parties only) **Center for Biological Diversity** v. **Michael Regan, Environmental Protection Agency**
4. TYPE OF CASE: ☐ District Ct - ☒ US Civil  ☐ Private Civil  ☐ Criminal  ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ☐ Yes  ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.      Bankruptcy Court Docket No.     Tax Court Docket No.
      Civil Action **1:21-cv-00119**   Bankruptcy _____            Tax _____
      Criminal _____                 Adversary _____
      Miscellaneous _____            Ancillary _____
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge **Randolph D. Moss**     Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): **04/12/2024**   e. Date notice of appeal filed: **06/10/2024**
   f. Has any other notice of appeal been filed in this case?  ☒ Yes  ☐ No  If YES, date filed: **06/11/2024**
   g. Are any motions currently pending in trial court?  ☐ Yes  ☒ No  If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ☐ Yes  ☒ No
      If NO, why not? **All necessary transcripts have already been completed and received.**
   i. Has this case been before the Court under another appeal number? ☒ Yes  Appeal # **24-5156, -5159**  ☐ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes  ☒ No  If YES, give each case's court and case name, and docket number:
      In this Court, cross-appeal 24-5156 and appeal 24-5159 have been consolidated with 24-5101.
   k. Does this case turn on validity or correct interpretation or application of a statute?  ☒ Yes  ☐ No
      If YES, give popular name and citation of statute **CWA, 33 U.S.C. §§1251 et seq.; ESA, 16 U.S.C. §§ 1231 et seq.**
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ☐ Yes  ☒ No   If so, provide program name and participation dates _____

Signature *Tania Galloni*   Date **07-10-2024**
Name of Party **Center for Biological Diversity et al., Plaintiff-Appellee-Cross-Appellants**
Name of Counsel for Appellant/Petitioner **Tania Galloni, Earthjustice**
Address **4500 Biscayne Blvd., Ste 201, Miami, FL  33137**
Phone ( **305** ) **440-5434**      Fax ( **850** ) **681-0020**

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 10th day of July 2024, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

                                    Respectfully submitted,

                                    */s/ Tania Galloni*
                                    TANIA GALLONI
                                    Fla. Bar No. 619221
                                    Earthjustice
                                    4500 Biscayne Blvd., Ste 201
                                    Miami, FL 33137
                                    T: 305-440-5432
                                    F: 850-681-0020
                                    tgalloni@earthjustice.org