NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 24-5101

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees/Plaintiffs-Appellants*,

v.

MICHAEL REGAN, et al.,
*Defendants-Appellants/Defendants-Appellees,*

and

STATE OF FLORIDA, et al.,
*Intervenors-Defendants-Appellants/ Intervenors-Defendants-Appellees.*

---

Appeal from the United States District Court for the District of Columbia
No. 1:21-cv-00119 (Hon. Randolph D. Moss)

---

**FEDERAL DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

---

TODD KIM
*Assistant Attorney General*

RACHEL HERON
JOAN PEPIN
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0258
rebecca.jaffe@usdoj.gov

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

## A. Parties and Amici

Plaintiffs-Appellees are the Center for Biological Diversity; Defenders of Wildlife; Sierra Club; Conservancy of Southwest Florida; Florida Wildlife Federation; Miami Waterkeeper; and St. Johns Riverkeeper.

Federal Defendants are Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency (EPA); Radhika Fox, in her official capacity as Assistant Administrator for the Office of Water of the EPA; Jeffrey Prieto, in his official capacity as General Counsel for the EPA; Lawrence Starfield, in his official capacity as Acting Assistant Administrator for the Office of Enforcement and Compliance Assurance for the EPA; John Blevins, in his official capacity as Acting Administrator for Region 4 of the EPA; Michael Oetker, in his official capacity as Regional Director for the U.S. Fish and Wildlife Service (FWS); Martha Williams, in her official capacity as Director for the FWS; Lieutenant General Scott Spellmon, in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; Colonel James Booth, in his official capacity as District Commander of the Jacksonville District for the Corps; EPA; Corps; and FWS.

Intervenor-Defendant-Appellants are the State of Florida and Florida Department of Environmental Protection.

i

Amici before this Court are the Florida Chamber of Commerce; the Association of Florida Community Developers, Inc.; the Mosaic Company; the Florida Home Builders Association; the Florida Transportation Builders' Association; the Leading Builders of America; the Associated Industries of Florida; the Lennar Corporation; G.L. Homes of Florida Corp.; Greenpoint Holdings; KB Home; Pulte Group; Taylor Morrison Home Corp; Florida State Hispanic Chamber of Commerce.

Tarpon Blue Silver King I, LLC, doing business as Collier Enterprises, Ltd., was an additional party before the district court.

Additional amici before the district court were Cameratta Companies LLC and CAM7-SUB, LLC.

### B. Rulings Under Review

The State of Florida and the Florida Department of Environmental Protection appeal the district court's February 15, 2024 order, as amended on April 12, 2024. That order was made final and appealable on April 12, 2024, when the district court entered a final judgment under Federal Rule of Civil Procedure 54(b).

### C. Related Cases

None.

/s/ *Rebecca Jaffe*
REBECCA JAFFE

Counsel for the United States

Federal Defendants move the Court for a 45-day extension of time to September 16, 2024 to file their opening brief. Under the Court's June 25, 2024 Order adjudicating Intervenor-Defendant-Appellant Florida's contested motion to expedite, Federal Defendants' opening brief is due on August 2, 2024. Florida opposes this extension. Florida's position is: "Florida opposes the motion and notes that the Court set the current schedule after considering the Parties' arguments regarding expedited briefing; however, to the extent the Court grants the extension, Florida respectfully requests that the Court align Florida's opening brief deadline with Federal Appellants' new deadline and re-align the other dates set forth in the June 25th order accordingly." Plaintiffs do not oppose this motion so long as the deadline for their response brief is November 1, 2024 in order to accommodate their attorneys' preexisting work obligations. With this new schedule, Federal Defendants' and Florida's reply briefs would be due December 2, 2024 and Plaintiffs' reply would be due December 23, 2024. In order to accommodate the undersigned counsel's holiday leave plans, Federal Defendants and Plaintiffs propose that the deferred appendix be due on January 7, 2025 and the final briefs be due on January 21, 2025.

As the Court is aware, the Solicitor General is responsible for determining whether, and to what extent, the United States will appeal when the United States receives an adverse decision. *See* 28 C.F.R. § 0.20. This extension is necessary

1

because the attorneys in her office with principal responsibility for this matter have been heavily engaged with the press of previously assigned and emergency matters with proximate due dates. Additional time is required to allow the Solicitor General to make the determination to appeal, as well as to allow the government to prepare and finalize an opening brief if an appeal is authorized.

    Accordingly, Federal Defendants move the Court for a 45-day extension to September 16, 2024 for their opening brief. Plaintiffs' response brief should be due November 1, 2024; Federal Defendants' and Florida's reply briefs should be due December 2, 2024; Plaintiffs' reply should be due December 23, 2024; the deferred appendix should be due on January 7, 2025; and the final briefs should be due on January 21, 2025.

Respectfully submitted,

/s/ *Rebecca Jaffe*
TODD KIM
*Assistant Attorney General*

RACHEL HERON
JOAN PEPIN
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0258
rebecca.jaffe@usdoj.gov

July 24, 2024
DJ 90-5-1-4-21866

3

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 368 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ *Rebecca Jaffe*
REBECCA JAFFE

Counsel for the United States