# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5101**　　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　**1:21-cv-00119-RDM**

　　　　　　　　　　　　　　　　　　　　**Filed On: July 30, 2024** [2067466]

Center for Biological Diversity, et al.,

　　　　Appellees

　　v.

Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency, et al.,

　　　　Appellees

State of Florida and Florida Department of Environmental Protection,

　　　　Appellants

------------------------------

Consolidated with 24-5156, 24-5159

## O R D E R

　　Upon consideration of federal defendants' opposed motion for extension of time to file opening brief, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Briefs for Florida Appellants and Federal Appellants | September 16, 2024 |
| Brief of Amici Curiae in Support of Appellants | September 23, 2024 |
| Brief of Environmental Appellees/Cross-Appellants | November 1, 2024 |
| Reply and Response Briefs of Florida Appellants/Cross-Appellees and Federal Appellants/Cross-Appellees | December 2, 2024 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5101**  **September Term, 2023**

| | |
|---|---|
| Reply Brief of Environmental Cross-Appellants | December 23, 2024 |
| Deferred Appendix | January 7, 2025 |
| Final Briefs | January 21, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk