ORAL ARGUMENT NOT YET SCHEDULED

No. 24-5101

# In the United States Court of Appeals for the District of Columbia Circuit

CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,

*Appellees*,

v.

MICHAEL S. REGAN,
IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR FOR THE U.S.
ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

*Defendants*,

STATE OF FLORIDA AND
THE FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,

*Appellants.*

**AMICI CURIAE BRIEF OF
THE FLORIDA CHAMBER OF COMMERCE, ET AL.
IN SUPPORT OF THE STATE OF FLORIDA AND REVERSAL**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA,
NO. 1:21-CV-119-RDM

| | |
|---|---|
| MOHAMMAD O. JAZIL | EDWARD M. WENGER |
| HOLTZMAN VOGEL BARAN | HOLTZMAN VOGEL BARAN |
| TORCHINSKY & JOSEFIAK PLLC | TORCHINSKY & JOSEFIAK PLLC |
| 119 S. Monroe Street, Suite 500 | 2300 N Street NW, Suite 643A |
| Tallahassee, FL 32301 | Washington, DC 20037 |
| (850) 270-5938 (phone) | (202) 737-8808 (phone) |
| (850) 741-1023 (facsimile) | (540) 341-8809 (facsimile) |

*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

**Lennar Corporation** is publicly traded (LEN), and two companies (BlackRock and Vanguard) own 10% or more of Lennar Corporation's stock. Lennar Corporation does not have a parent corporation.

The undersigned certifies, under Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, that amici curiae are not publicly held corporations or other publicly held entities, and that they have no parent corporations. No publicly held corporation or other publicly held entity owns ten percent (10%) or more of any of these other amicus organizations.

*/s/ Edward M. Wenger*
EDWARD M. WENGER

## CERTIFICATE AS TO PARTIES, RULINGS & RELATED CASES

**Intervenor-Defendant-Appellants:** State of Florida and Florida Department of Environmental Protection.

**Federal Defendants:** Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency; Radhika Fox, in her official capacity as Assistant Administrator for the Office of Water of the U.S. Environmental Protection Agency; Jeffrey Prieto, in his official capacity as General Counsel for the U.S. Environmental Protection Agency; Lawrence Starfield, in his official capacity as Acting Assistant Administrator for the Office of Enforcement and Compliance Assurance for the U.S. Environmental Protection Agency; John Blevins, in his official capacity as Acting Administrator for Region 4 of the U.S. Environmental Protection Agency; Leopoldo Miranda-Castro, in his official capacity as Regional Director for the U.S. Fish and Wildlife Service; Martha Williams, in her official capacity as Principal Deputy Director for the U.S. Fish and Wildlife Service; Scott Spellmon, in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; James Booth, in his official capacity as District Commander of the Jacksonville District for the U.S. Army Corps of Engineers; U.S. Environmental Protection Agency; U.S. Army Corps of Engineers; and U.S. Fish and Wildlife Service.

**Plaintiff-Appellees:** Center for Biological Diversity; Defenders of Wildlife; the Sierra Club; the Conservancy of Southwest Florida; Florida Wildlife Federation; Miami Waterkeeper; and St. Johns Riverkeeper.

**Additional Parties Before the District Court:** Tarpon Blue Silver King I, LLC, doing business as Collier Enterprises, Ltd.

**Amici Before the District Court:** Association of Florida Community Developers, Incorporated; Florida Chamber of Commerce; Cameratta Companies LLC; CAM7-SUB, LLC; Lennar Corporation; G.L. Homes; Greenpoint Holdings; KB Home; Pulte Group; Taylor Morrison; Florida Transportation Builders Association; Florida State Hispanic Chamber of Commerce; and Associated Industries of Florida.

**Amici Before this Court:** Association of Florida Community Developers, Incorporated; Florida Chamber of Commerce; Cameratta Companies LLC; CAM7-SUB, LLC; Lennar Corporation; G.L. Homes; Greenpoint Holdings; KB Home; Pulte Group; Taylor Morrison; Florida Transportation Builders Association; Florida State Hispanic Chamber of Commerce; and Associated Industries of Florida.

**Rulings Under Review:** The State of Florida and the Florida Department of Environmental Protection have appealed the district court's February 15, 2024 order, as amended on April 12, 2024. That order was made final and appealable on April

12, 2024, when the district court entered a final judgment under Federal Rule of Civil Procedure 54(b).

**Related Cases: None**

Pursuant to Circuit Rule 29(b), Amici Curiae respectfully notify this Court of their intent to file an amicus brief in support of the State of Florida and the Florida Department of Environmental Protection, and urging reversal. The undersigned counsel certifies that all parties in these proceedings have consented to the filing of this amicus brief. No party's counsel authored this brief.

Amici include:

**The Florida Chamber of Commerce:** The Chamber was founded in 1916. As an organization, the Chamber's mission has been to encourage a business-friendly climate to spur private-sector job creation and general economic growth, including through regulatory reform and streamlining of state and federal permitting requirements. The Chamber and its members reflect a cross section of Florida. Members include businesses of every size from the large multinational companies to the family businesses. Members provide products and services for, among other things, the tourism industry, construction, agriculture, retail, manufacturing, conservation, and space exploration. The Chamber and its members remain committed to science-based policies for water, land use, energy, and growth that prioritize long-term sustainability over short-term gains. The Chamber and its members remain mindful that Florida is a rapidly growing State; over four million new residents are expected to move to Florida by 2030 with nearly two and a half million new drivers on Florida roads who will need nearly two million new jobs.

The Chamber therefore advocates for predictable, streamlined, and effective permitting that balances growth with the preservation of unique ecological treasures like the beaches and wetlands so vital to our economy. In helping Florida grow, Chamber members apply for and obtain Section 404 permits for many projects such as community developments (homes, schools, hospitals), environmental restoration projects, and mining operations.

**The Association of Florida Community Developers, Inc.:** Founded in 1984, the AFCD is dedicated to advocating for policies that support high-quality community development across the State of Florida. The AFCD's mission is to provide a leadership role in the creation of quality community developments and the formulation of responsible approaches to the planning and development of Florida's future. Members of the AFCD advocate for an effective and efficient planning and policy framework to encourage and support economic development while retaining Florida's natural beauty (its beaches and wetlands, for example); this balance, the AFCD believes, helps draw tourists and new residents to Florida.

**The Mosaic Company:** A member of the Florida Chamber of Commerce, The Mosaic Company is the world's leading integrated producer of concentrated phosphate and potash, essential nutrients for fertilizer used throughout the world. Mosaic mines phosphate in Florida's Bone Valley, which contains the largest known deposits of phosphate in the United States. Mosaic's mining activities must comply

with various federal, state, and local regulations; permits under Sections 404 and 402 of the Clean Water Act are but two of the necessary authorizations needed for Mosaic to mine in the region and produce agricultural nutrient products. Vacating the Section 404-permitting process in Florida creates needless uncertainty for Mosaic.

**The Florida Homebuilders Association:** A member of the Florida Chamber of Commerce, the Association represents the interests of Florida's homebuilding industry and, more specifically, its 8,145 members throughout the State. Given Florida's unique geography and topography, homebuilders throughout the State often must obtain permits under Section 404 of the Clean Water Act and the State's analogous permitting scheme under Chapter 373 of the Florida Statutes. Vacating the Section 404-permitting process in Florida creates needless uncertainty for the Association and its members as they continue to meet the needs of a growing State.

**The Associated Industries of Florida:** The Associated Industries of Florida (AIF) is the voice of Florida business and represents the interests of a broad group of corporations, professional associations, partnerships, and proprietorships in all business sectors, including agricultural, industrial, manufacturing, power generation, home building, and county and municipal government. It has represented the interests of prosperity and free enterprise before the three branches of state government since 1920. A voluntary association of diversified businesses, AIF was

7

created to foster an economic climate in Florida conducive to the growth, development, and welfare of industry and business and the people of the state.

**Lennar Corporation** is one of America's leading homebuilders. It builds new homes and communities in twenty-six states, and it has built over one million homes since 1954. In Florida, Lennar is the largest homebuilder and builds homes that are designed for first-time homebuyers, move-up, active adult, luxury homebuyers, and cater to all lifestyles and family dynamics.

Dated: September 23, 2024

Respectfully submitted,

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil
DC Bar No. 90010692
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938 (phone)
(850) 741-1023 (facsimile)
*mjazil@holtzmanvogel.com*

*/s/ Edward M. Wenger*
Edward M. Wenger
DC Bar No. 1001704
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643A
Washington, DC 20037
(202) 737-8808 (phone)
(540) 341-8809 (facsimile)
*emwenger@holtzmanvogel.com*

*Counsel for Amici Curiae*

9

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume and word-count limits of Federal Rule of Appellate Procedure 27(d) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 742 words.

2.      This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Edward M. Wenger*
EDWARD M. WENGER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23rd day of September, 2024, a true copy of the foregoing Notice of Intent to File Amicus Brief was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by email a notice of docketing activity to the registered Attorney Filer on the attached electronic service list.

*/s/ Edward M. Wenger*
EDWARD M. WENGER

11