# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5101**　　　　　　　　　　　　　　**September Term, 2024**

**1:21-cv-00119-RDM**

**Filed On:** October 29, 2024

Center for Biological Diversity, et al.,

      Appellees

    v.

Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency, et al.,

      Appellees

State of Florida and Florida Department of Environmental Protection,

      Appellants

------------------------------

Consolidated with 24-5156, 24-5159

    **BEFORE:**　　Henderson, Pillard, and Walker, Circuit Judges

### O R D E R

Upon consideration of the motion to exceed the word limits, it is

**ORDERED** that the combined principal and response brief of Environmental Appellees/Cross-Appellants may not exceed 25,000 words. The reply brief of Environmental Appellees/Cross-Appellants may not exceed half the total words of the combined reply and response briefs filed by Florida Appellants/Cross-Appellees and Federal Appellants/Cross-Appellees.

### Per Curiam

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

            BY:　　/s/
                    Selena R. Gancasz
                    Deputy Clerk