# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Center for Biological Diversity, et al.

v.

Michael Regan, et al.

**Case No:** 24-5101

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Florida

Florida Department of Environmental Protection

### Counsel Information

**Lead Counsel:** Aaron M. Streett

**Direct Phone:** (713) 229-1855 **Fax:** (713) 229-7855 **Email:** aaron.streett@bakerbotts.com

**2nd Counsel:** Jeffrey H. Wood

**Direct Phone:** (202) 639-7700 **Fax:** (202) 508-9337 **Email:** jeff.wood@bakerbotts.com

**3rd Counsel:** Anthony J. Lucisano

**Direct Phone:** (713) 632-5953 **Fax:** (713) 229-7857 **Email:** anthony.lucisano@bakerbotts.com

**Firm Name:** Baker Botts L.L.P.

**Firm Address:** 700 K Street, N.W., Washington, D.C. 20001-5692

**Firm Phone:** (202) 639-7700 **Fax:** (202) 639-7890 **Email:**

SEE ATTACHED SHEET -- ADDING ONE ADDITIONAL COUNSEL TO EXISTING COUNSEL

**Notes:** This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**ENTRY OF APPEARANCE Cont'd**

**Case No. 24-5101**
**Center for Biological Diversity, et al.**
**v. Michael Regan, et al.**

**4th Counsel for State of Florida and**
**Florida Department of Environmental Protection:**

Christopher Beau Carter
Baker Botts L.L.P.
910 Louisiana St.
Houston, TX 77002
(713) 229-6204 (phone)
(713) 229-6104 (fax)