# **NOT YET SCHEDULED FOR ORAL ARGUMENT**

No. 24-5101

---

IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

*Plaintiffs-Appellees/Plaintiffs-Appellants,*

v.

MICHAEL REGAN, *et al.*,

*Defendants-Appellants/Defendants-Appellees,*

and

STATE OF FLORIDA, *et al*.

*Intervenors-Defendants-Appellants/Intervenors-Defendants-Appellees.*

---

Appeal from the United States District Court for the District of Columbia

No. 1:21-cv-00119 (Hon. Randolph D. Moss)

---

**MOTION OF THE MICCOSUKEE TRIBE OF INDIANS OF FLORIDA FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

---

KEVIN MINOLI
GEORGE ABNEY
Alston & Bird LLP
1201 W Peachtree Street NE
Suite 4900
Atlanta, GA 30309
(415)881-7980
george.abney@alston.com

*Counsel for Amicus Curiae Miccosukee Tribe of Indians of Florida*

1

## MOTION FOR LEAVE TO FILE AS AMICUS CURIAE

Pursuant to Circuit Rule 29(b), the Miccosukee Tribe of Indians of Florida respectfully move this Court for leave to participate in the above-captioned case as *amicus curiae* in support of Plaintiffs-Appellees and Affirmance.

## MOVANT'S INTEREST

The Miccosukee Tribe of Indians of Florida is made up of approximately 620 members located in Southern Florida. The Miccosukee Tribe has been federally recognized since 1962 when the Secretary of the Interior approved the Miccosukee Constitution. As a federally recognized Tribe, the Miccosukee exercises its power of self-governance to advance and protect the water quality within the Everglades. The Environmental Protection Agency's ("EPA") approval of Florida's application to administer a permitting program for the discharge of dredge and fill material under Section 404 of the Clean Water Act, 33 U.S.C. § 1344, impermissibly infringed upon and diminished the Miccosukee's Tribal Sovereignty by subjecting more than 200,000 acres of Indian lands to the State's new permitting program.

In defense of its Tribal Sovereignty, the Miccosukee Tribe filed a challenge to EPA's approval in the District Court for the Southern District of Florida. *See, Miccosukee Tribe of Indians of Florida v. United States Environmental Protection Agency et. al.*, No. 1:22-cv-22459-KMM (S.D. Fla.). In that case, the Miccosukee Tribe has argued that the EPA exceeded its statutory authority by approving

2

Florida's proposal without satisfying the necessary legal and procedural requirements of the Clean Water Act and that the transfer of Clean Water Act Section 404 permitting authority to Florida violated tribal sovereignty, as the State's proposal unlawfully encroached upon the longstanding land rights and authority of the Miccosukee Tribe.

Subsequent to the District Court for the District of Columbia's vacatur of EPA's approval in this case, the District Court for the Southern District of Florida has entered multiple stays (the current stay runs through December 15, 2024) and administratively closed the Miccosukee Tribe's case pending the outcome of the appeal in this case. Order at 2–3, *Miccosukee Tribe of Indians of Fla. v. United States Environmental Protection Agency, et al.,* No. 1:22-CV-22459 (S.D. Fla. July 28, 2023), Dkt. 50 and 58.

The Miccosukee Tribe, therefore, has a specific compelling interest in the outcome of this case as its interests are directly implicated here.

### PARTICIPATION BY THE MICCOSUKEE TRIBE AS AMICUS CURIAE IS DESIRABLE AND RELEVANT

Participation by the Miccosukee Tribe as *amicus curiae* is desirable and the matters asserted in the proposed brief are relevant. All parties recognize the related nature of this case and the challenge brought by the Miccosukee Tribe in the Southern District of Florida. Florida Appellants and the Plaintiffs/Appellees both listed the Tribe's case as a related case, while the Federal Defendants acknowledged

3

that the Tribe had also challenged EPA's approval of Florida's application in a footnote. The District Court for the Southern District of Florida has determined that a final judgement on vacatur in this case would result in that court being unable to grant meaningful relief, likely resulting in the dismissal of the Tribe's challenge. Allowing the Miccosukee Tribe to participate as an *amicus curiae* is desirable in light of the related nature of the cases.

The matters addressed in the Miccosukee Tribe's proposed brief are relevant to the disposition of this case. While this case and the Miccosukee Tribe's related case challenge the same agency action, the District Court for the Southern District of Florida correctly recognized that the cases challenge that action for different reasons. *Miccosukee Tribe,* at Dkt. 50, p.3. The Miccosukee Tribe's proposed brief is limited to addressing two relevant issues. First, the Tribe provides this Court with relevant information regarding the claims made in the Tribe's related case that no other party or amici has provided. Second, the proposed brief addresses the central issue of EPA's compliance with the Endangered Species Act.

## **CONCLUSION**

Based on the foregoing, the Miccosukee Tribe respectfully requests that the Court grant the leave requested herein.

/s/ *George Abney*

Alston & Bird LLP
1201 W Peachtree Street NE

                                                             Suite 4900  
                                                             Atlanta, GA 30309  
                                                             404-881-7980

Dated: November 8, 2024

## STATEMENT OF AUTHORSHIP AND FINANCIAL CONTRIBUTIONS

No counsel for a party to this case authored this Brief in whole or in part. No party to this case nor any counsel for a party to this case contributed money that was intended to fund preparing or submitting this Brief. No person, other than the Miccosukee Tribe of Indians of Florida, its members, or its counsel, contributed money that was intended to fund preparing or submitting this Brief.

s/ *George Abney*

Alston & Bird LLP
1201 W Peachtree Street NE
Suite 4900
Atlanta, GA 30309
404-881-7980

Dated: November 8, 2024