NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 24-5101

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees/Plaintiffs-Appellants*,

v.

MICHAEL REGAN, et al.,
*Defendants-Appellants/Defendants-Appellees,*

and

STATE OF FLORIDA, et al.,
*Intervenors-Defendants-Appellants/ Intervenors-Defendants-Appellees.*

---

Appeal from the United States District Court for the District of Columbia
No. 1:21-cv-00119 (Hon. Randolph D. Moss)

---

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

---

TODD KIM
*Assistant Attorney General*

RACHEL HERON
JOAN PEPIN
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0258
rebecca.jaffe@usdoj.gov

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

**A.     Parties and Amici**

Plaintiffs-Appellees are the Center for Biological Diversity; Defenders of Wildlife; Sierra Club; Conservancy of Southwest Florida; Florida Wildlife Federation; Miami Waterkeeper; and St. Johns Riverkeeper.

Federal Defendants-Appellants are Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency (EPA); Bruno Pigott, in his official capacity as Acting Assistant Administrator for the Office of Water of the EPA; Jeffrey Prieto, in his official capacity as General Counsel for the EPA; David Uhlmann, in his official capacity as Assistant Administrator for the Office of Enforcement and Compliance Assurance for the EPA; Jeaneanne Gettle, in his official capacity as Acting Administrator for Region 4 of the EPA; Michael Oetker, in his official capacity as Regional Director for the U.S. Fish and Wildlife Service (FWS); Martha Williams, in her official capacity as Director for the FWS; Lieutenant General Scott Spellmon, in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; Colonel Brandon Bowman, in his official capacity as District Commander of the Jacksonville District for the Corps; EPA; Corps; and FWS.

Intervenor-Defendant-Appellants are the State of Florida and Florida Department of Environmental Protection.

Amici before this Court are the Florida Chamber of Commerce; the Association of Florida Community Developers, Inc.; the Mosaic Company; the Florida Home Builders Association; the Florida Transportation Builders' Association; the Leading Builders of America; the Associated Industries of Florida; the Lennar Corporation; G.L. Homes of Florida Corp.; Greenpoint Holdings; KB Home; Pulte Group; Taylor Morrison Home Corp; Florida State Hispanic Chamber of Commerce.

Additional amici before this Court are the States of Utah, Alabama, Alaska, Arkansas, Idaho, Iowa, Kentucky, Louisiana, Mississippi, Montana, Nebraska, Ohio, Oklahoma, South Carolina, South Dakota, Texas, Virginia, West Virginia, and Wyoming.

The Miccosukee Tribe of Indians of Florida is also an amicus before this Court.

Tarpon Blue Silver King I, LLC, doing business as Collier Enterprises, Ltd., was an additional party before the district court. Additional amici before the district court were Cameratta Companies LLC and CAM7-SUB, LLC.

**B.    Rulings Under Review**

The State of Florida, the Florida Department of Environmental Protection, and Federal Defendants appeal the district court's February 15, 2024 order, as amended on April 12, 2024. That order was made final and appealable on April 12,

2024, when the district court entered a final judgment under Federal Rule of Civil Procedure 54(b).

**C.  Related Cases**

None.

/s/ *Rebecca Jaffe*
REBECCA JAFFE

Counsel for the United States

USCA Case #24-5101   Document #2085519   Filed: 11/19/2024   Page 5 of 7

Federal Defendants move the Court for a 40-day extension of time to January 13, 2025, to file their reply brief. Under the Court's July 30, 2024, Order adjudicating Federal Defendants' opposed motion for an extension of time to file their opening brief, Federal Defendants' reply brief is due on December 2, 2024. Florida does not oppose this motion so long as they receive the same extension to January 13, 2025, for their reply brief. Plaintiffs do not oppose this motion so long as the deadline for their reply brief is February 5, 2025, the joint appendix is due February 26, 2025, and final briefs are due March 12, 2025.

This extension is necessary because the undersigned counsel has many other commitments. She had an expedited brief due November 8, 2024, in *Appalachian Voices v. U.S. Army Corps of Engineers* (6th Cir. No. 24-3831). She will be on leave November 23, 2024, to December 1, 2024, for family commitments. She has an oral argument on December 10, 2024, in Cincinnati, Ohio, in *Appalachian Voices v. U.S. Army Corps of Engineers* (6th Cir. No. 24-3831). And then she will be on leave again from December 20, 2024, through January 1, 2025, for other family commitments. In addition, the reply brief must undergo an extensive review process, including review by the Environmental Protection Agency, the U.S. Fish and Wildlife Service, the U.S. Army Corps of Engineers, and the National Marine Fisheries Service—as well as multiple sections within the Environment and Natural Resources Division of the Department of Justice.

4

Accordingly, Federal Defendants move the Court for a 40-day extension to January 13, 2025, for their reply brief. So the schedule for the remaining deadlines in this case would be: reply briefs for Florida and Federal Defendants due January 13, 2025; Plaintiffs' reply brief due February 5, 2025; joint appendix due February 26, 2025; and final briefs due March 12, 2025.

Respectfully submitted,

/s/ *Rebecca Jaffe*
TODD KIM
*Assistant Attorney General*

RACHEL HERON
JOAN PEPIN
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0258
rebecca.jaffe@usdoj.gov

November 19, 2024
DJ 90-5-1-4-21866

5

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 317 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ *Rebecca Jaffe*
REBECCA JAFFE

Counsel for the United States