# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-5101** | **September Term, 2024** |
| | 1:21-cv-00119-RDM |
| | Filed On: November 20, 2024 [2085828] |

Center for Biological Diversity, et al.,

      Appellees

      v.

Michael S. Regan, in his official capacity as Administrator for the U.S. Environmental Protection Agency, et al.,

      Appellees

State of Florida and Florida Department of Environmental Protection,

      Appellants

------------------------------

Consolidated with 24-5156, 24-5159

## O R D E R

      Upon consideration of the motion of Miccosukee Tribe of Indians of Florida for leave to participate as amicus curiae in support of plaintiff-appellees, and the lodged brief amicus curiae; and federal defendants' unopposed motion for extension of time to file the reply brief,, it is

      **ORDERED** that the motion for leave to participate as amicus curiae be granted. The Clerk is directed to file the lodged brief. It is

      **FURTHER ORDERED** that the motion to extend time be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Reply and Response Briefs of Florida Appellants/Cross-Appellees and Federal Appellants/Cross-Appellees | January 13, 2025 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 24-5101**  **September Term, 2024**

| | |
|---|---|
| Reply Brief of Environmental Cross-Appellants | February 5, 2025 |
| Deferred Appendix | February 26, 2025 |
| Final Briefs | March 12, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk