# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-5101** | **September Term, 2024** |
| | 1:21-cv-00119-RDM |
| | **Filed On: April 23, 2025** [2112328] |

Center for Biological Diversity, et al.,

      Appellees

    v.

Lee M. Zeldin, in his official capacity as Administrator for the U.S. Environmental Protection Agency, et al.,

      Appellees

State of Florida and Florida Department of Environmental Protection,

      Appellants

------------------------------

Consolidated with 24-5156, 24-5159

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for May 5, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants/Cross-Appellees EPA & State of Florida, et al. | - | 10 Minutes (to be divided between appellants/cross-appellees as the parties deem appropriate) |
| Appellees/Cross-Appellants Center for Biological Diversity | - | 10 Minutes |

The panel considering these cases will consist of Circuit Judges Henderson, Wilkins, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 25, 2025.

### Per Curiam

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:    /s/
          Michael C. McGrail
          Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)