# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5101**

**September Term, 2025**

**1:21-cv-00119-RDM**

**Filed On:** May 8, 2026

Center for Biological Diversity, et al.,

       Appellees

      v.

Lee M. Zeldin, in his official capacity as Administrator for the U.S. Environmental Protection Agency, et al.,

       Appellees

State of Florida and Florida Department of Environmental Protection,

       Appellants

----------------------------

Consolidated with 24-5156, 24-5159

**BEFORE:**    Henderson, Wilkins, and Pan, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion for extension of time to file a potential petition for rehearing, it is

**ORDERED** that the motion be granted. Federal Defendants-Appellants' petition for rehearing or rehearing en banc is due June 10, 2026.

### Per Curiam

                     **FOR THE COURT:**
                     Clifton B. Cislak, Clerk

       BY:    /s/
               Daniel J. Reidy
               Deputy Clerk