# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 18, 2026

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUN 25 2026

RECEIVED

Re: Florida, et al.
v. Center for Biological Diversity, et al.
Application No. 25A1408
(Your No. 24-5101, 24-5156, 24-5159)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on June 18, 2026, extended the time to and including August 24, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by *BS/PJ*

Brianca Smith
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Aaron Michael Streett
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX  77002


Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the District of Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

**OFFICE OF THE CLERK**
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

———
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



quadient

FIRST-CLASS MAIL
IMI
**$000.74** 0
06/23/2026  ZIP 20543
043M31266310

US POSTAGE