# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5101**                    **September Term, 2025**

**1:21-cv-00119-RDM**

**Filed On:** July 7, 2026

Center for Biological Diversity, et al.,

      Appellees

    v.

Lee M. Zeldin, in his official capacity as
Administrator for the U.S. Environmental
Protection Agency, et al.,

      Appellees

State of Florida and Florida Department of
Environmental Protection,

      Appellants

------------------------------

Consolidated with 24-5156, 24-5159

**BEFORE:**    Henderson, Wilkins, and Pan, Circuit Judges

## O R D E R

Upon consideration of the third unopposed motion for extension of time to file a potential petition for rehearing, it is

**ORDERED** that the motion be granted. Federal Defendants-Appellants' petition for rehearing or rehearing en banc is due August 7, 2026.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Lillian Wright
Deputy Clerk