# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5101**                    **September Term, 2025**

**1:21-cv-00119-RDM**

**Filed On:** August 13, 2026

Center for Biological Diversity, et al.,

       Appellees

    v.

Lee M. Zeldin, in his official capacity as Administrator for the U.S. Environmental Protection Agency, et al.,

       Appellees

State of Florida and Florida Department of Environmental Protection,

       Appellants

------------------------------

Consolidated with 24-5156, 24-5159

## O R D E R

Upon consideration of appellants' and cross-appellees' petitions for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellees/cross-appellants the Center for Biological Diversity, et al. file a response to the petitions for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the response will not be accepted for filing.

       **FOR THE COURT:**
       Clifton B. Cislak, Clerk

    BY:    /s/
          Ellie F. Kemper
          Deputy Clerk