# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5101** **September Term, 2025**

**1:21-cv-00119-RDM**

**Filed On:** August 21, 2026

Center for Biological Diversity, et al.,

Appellees

v.

Lee M. Zeldin, in his official capacity as Administrator for the U.S. Environmental Protection Agency, et al.,

Appellees

State of Florida and Florida Department of Environmental Protection,

Appellants

------------------------------

Consolidated with 24-5156, 24-5159

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellees'/cross-appellants' unopposed motion for a 21-day extension of time to file a response to the petitions for rehearing en banc, it is

**ORDERED** that the motion be granted. Any response to the petitions is now due no later than September 18, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk