# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5101** **September Term, 2026**

**1:21-cv-00119-RDM**

**Filed On:** October 7, 2026

Center for Biological Diversity, et al.,

Appellees

v.

Lee M. Zeldin, in his official capacity as Administrator for the U.S. Environmental Protection Agency, et al.,

Appellees

State of Florida and Florida Department of Environmental Protection,

Appellants

------------------------------

Consolidated with 24-5156, 24-5159

**BEFORE:** Henderson, Wilkins, and Pan, Circuit Judges

**O R D E R**

Upon consideration of the petition for panel rehearing, it is

**ORDERED** that the petition be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk