# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5101** **September Term, 2026**

**1:21-cv-00119-RDM**

**Filed On:** October 7, 2026

Center for Biological Diversity, et al.,

Appellees

v.

Lee M. Zeldin, in his official capacity as Administrator for the U.S. Environmental Protection Agency, et al.,

Appellees

State of Florida and Florida Department of Environmental Protection,

Appellants

------------------------------

Consolidated with 24-5156, 24-5159

**BEFORE:** Srinivasan, Chief Judge; and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the petitions for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petitions be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk